1   KURTIS D. MACFERRIN (State Bar No. 178006)
    CORA L. SCHMID (State Bar No. 237267)
2   LIFE TECHNOLOGIES CORPORATION
    850 Lincoln Centre Dr.
3   Foster City, CA  94404
    Telephone:  (650) 638-6245
4   Facsimile:  (677) 638-6677
    E-mail: kurtis.macferrin@lifetech.com
5   E-mail: cora.schmid@lifetech.com

6   Attorneys for Defendant
    LIFE TECHNOLOGIES CORPORATION
7

8   KARL RUPP (State Bar No. 168930)
    KENDAL LAW GROUP, LLC
9   3232 McKinney Avenue, Suite 700
    Dallas, Texas 75204
10  Telephone:  (214) 744-3000
    Facsimile:  (214) 744-3015
11  Krupp@kendalllawgroup.com

12  Attorney for Plaintiff TROLL BUSTERS® LLC

13

14              UNITED STATES DISTRICT COURT

15            SOUTHERN DISTRICT OF CALIFORNIA

| 16 | TROLL BUSTERS ® LLC, | CASE NO. 11-CV-0056-IEG (WVG) |
|----|----|----|
| 17 | Plaintiff, | **JOINT MOTION TO EXTEND** |
| 18 | v. | **DEFENDANT LIFE TECHNOLOGIES CORPORATION'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| 19 | ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS), ROCHE | |
| 20 | APPLIED SCIENCES EUROGENTEC NORTH AMERICA INC., CLONTECH | |
| 21 | LABORATORIES INC., INTEGRATED DNA TECHNOLOGIES (IDT), LIFE | |
| 22 | TECHNOLOGIES CORPORATION, QIAGEN NV., THERMO FISHER SCIENTIFIC, | |
| 23 | INC., QUANTA BIOSCIENCES, INC., GENE LINK INC., GENSCRIPT USA INC., EMD | |
| 24 | CHEMICALS INC., TRILINK BIOTECHNOLOGIES INC., and | |
| 25 | CEPHIED, | |
| 26 | Defendants | |
| 27 | | |

28  JOINT MOTION TO EXTEND TIME FOR          -1-          11-CV-0056-IEG (WVG)
    LIFE TECH. TO RESPOND TO COMPLAINT

1    COME NOW THE PARTIES, Defendant, Life Technologies Corporation ("Life

2  Technologies"), by and through its counsel, and Plaintiff Troll Busters LLC ("Plaintiff") by and

3  through its counsel, and pursuant to Local Rules 7.2 and 12.1, hereby jointly move the Court to

4  enter an order extending the time for Life Technologies to answer or otherwise respond to

5  Plaintiff's Original Complaint in the above-captioned matter until March 25, 2011.

6    Good cause exists for extending Life Technologies' time to answer or otherwise respond,

7  because Life Technologies needs time to investigate the claims in this action, and explore early

8  settlement possibilities with the Plaintiff.  Life Technologies and Troll Busters stipulate and

9  agree that the parties to this motion reserve all rights and defenses they may have and that entry

10  of this order shall not impair or otherwise affect such rights and defenses.

11

12  Dated:  February 4, 2011                    LIFE TECHNOLOGIES CORPORATION

13                                              /s/  Cora L. Scmid
                                                _____
14                                              Cora L. Schmid
                                                Attorney for Defendant
15                                              LIFE TECHNOLOGIES CORPORATION

16

17  Dated:  February 4, 2011                    KENDALL LAW GROUP, LLP

18                                              /s/  Karl Rupp
                                                _____
19                                              Karl Rupp, Esq.
                                                ATTORNEY FOR PLAINTIFF
20                                              TROLL BUSTERS ®, LLC

21  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
    of the United States District Court for the Southern District of California, I certify that the
22  content of this document is acceptable to counsel for the Plaintiff and that I have obtained
    authorization from Karl Rupp to affix his electronic signature to this document.
23

24  Dated:  February 4, 2011                    LIFE TECHNOLOGIES CORPORATION

25                                              /s/  Cora L. Scmid
                                                _____
26                                              Cora L. Schmid
                                                Attorney for Defendant
27                                              LIFE TECHNOLOGIES CORPORATION

28  JOINT MOTION TO EXTEND TIME FOR            -2-            11-CV-0056-IEG (WVG)
    LIFE TECH. TO RESPOND TO COMPLAINT

Troll Busters©, LLC v. Roche Diagnostics GMBH, et al.
U.S. District Court Case No. 11CV0056 IEG (WVG)

## CERTIFICATE OF SERVICE

I, Patricia D. Hoekman, hereby certify that I am over 18 years of age, employed in the County of San Diego, California, in which county the within-mentioned service occurred; I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, at whose direction the service stated below was made; and that I am not a party to the subject action. I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to the electronic service through the Court's transmission facilities. Under said practice, the following parties were served via CM/ECF with the below-listed documents:

PARTIES SERVED:

> Karl Rupp, Esq.
> KENDALL LAW GROUP, LLC
> 3232 McKinney Avenue, Suite 700
> Dallas, TX 75204
> Tel: (214) 744-3000
> Fax: (214) 744-3015
> Email: krupp@kendalllawgroup.com
> Attorney for Plaintiff
> TROLL BUSTERS©, LLC

DOCUMENTS SERVED:

1. **JOINT MOTION TO EXTEND DEFENDANT LIFE TECHNOLOGIES CORPORATION'S TIME FOR FILING OF RESPONSIVE PLEADING**

2. **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT LIFE TECHNOLOGIES CORPORATION'S TIME TO FILE REPONSIVE PLEADING**

1    I declare under penalty of perjury under the laws of the United States of America that the
2    foregoing is true and correct.
3    Executed this 4th day of February, at Carlsbad, California.

Patricia D. Hoekman