1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | TROLL BUSTERS® LLC, | Case No. 11-cv-0056-IEG-WVG |
| 12 | Plaintiff, | **ORDER GRANTING JOINT MOTIONS TO EXTEND TIME FOR DEFENDANTS (1) CLONTECH LABORATORIES, INC.; (2) QUANTA BIOSCIENCES, INC.; and (3) CEPHEID TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| 13 | vs. | |
| 14-21 | ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS); ROCHE APPLIED SCIENCES EUROGENTEC NORTH AMERICA INC.; CLONTECH LABORATORIES INC.; INTEGRATED DNA TECHNOLOGIES (IDT); LIFE TECHNOLOGIES CORPORATION QIAGEN NV.; THERMO FISHER SCIENTIFIC, INC.; QUANTA BIOSCIENCES, INC.; GENE LINK INC.; GENSCRIPTS USA INC.; EMD CHEMICALS INC.; TRILINK BIOTECHNOLOGIES INC.; and CEPHIED, | [Doc. Nos. 7, 9, and 10] |
| 22 | Defendants. | |

Having considered the parties' joint motions to extend the time for Defendants Clontech Laboratories, Inc., Quanta Biosciences, Inc., and Cepheid to answer or otherwise respond to Plaintiff's complaint, and good cause having been shown, the Court hereby **GRANTS** the parties' joint motions.

Accordingly, **IT IS HEREBY ORDERED** that the deadlines for Defendants to answer or otherwise respond to the Complaint in the above-captioned matter are extended as follows:

1. Defendant **Clontech Laboratories, Inc.** shall answer or otherwise respond to Plaintiff's complaint **on or before April 8, 2011**;

2. Defendant **Quanta Biosciences, Inc.** shall answer or otherwise respond to Plaintiff's complaint **on or before March 25, 2011**; and

3. Defendant **Cepheid** shall answer or otherwise respond to Plaintiff's complaint **on or before April 11, 2011**.

**IT IS SO ORDERED.**

**DATED:** 2/4/2011

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**