QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Brian Cannon (Bar No. 193071)
  briancannon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Brian Cannon (Bar No. 193071)
  briancannon@quinnemanuel.com
  Rory S. Miller (Bar No. 238780)
  rorymiller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Attorneys for Defendants
Roche Diagnostics GmbH, Roche Molecular Systems (RMS), and Roche Applied Sciences

KENDALL LAW GROUP, LLC
   Karl Rupp, Esq. (SBN: 168930)
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
krupp@kendalllawgroup.com

Attorney for Plaintiff
TROLL BUSTERS©, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROLL BUSTERS© LLC,<br><br>　　　　　　　Plaintiff,<br><br>    vs.<br><br>ROCHE DIAGNOSTICS GMBH *et al.,*<br><br>　　　　　　　Defendants. | Case No.:   11CV0056 IEG (WVG)<br><br>**JOINT MOTION TO EXTEND ROCHE DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT** |

1    Defendants Roche Diagnostics GmbH, Roche Molecular Systems (RMS), and Roche
2  Applied Sciences (collectively, the "Roche Defendants") and Plaintiff Troll Busters© LLC
3  ("Troll Busters") jointly move the Court, pursuant to Local Rules 7.2 and 12.1, to enter an
4  order extending the time for the Roche Defendants to answer or otherwise respond to Plaintiff's
5  Original Complaint in the above captioned matter until April 8, 2011.

6    Good cause exists for extending the Roche Defendants' time to answer or otherwise
7  respond, because the Roche Defendants have just retained counsel.  Counsel needs time to
8  communicate with its clients, investigate the claims in this action, and explore early settlement
9  possibilities with the Plaintiff.  The Roche Defendants and Plaintiff Troll Busters stipulate and
10 agree that the parties to this motion reserve all rights and defenses they may have and that entry
11 of this order shall not impair or otherwise affect such rights and defenses.

13 DATED:  February 4, 2011          QUINN EMANUEL URQUHART & SULLIVAN LLP

16                                    By: _____
                                          Brian C. Cannon
17                                        Rory S. Miller
                                          Attorneys for Defendants
18                                        ROCHE DIAGNOSTICS GMBH, ROCHE
                                          MOLECULAR SYSTEMS (RMS) and ROCHE
19                                        APPLIED SCIENCES

22 DATED:  February 4, 2011          KENDALL LAW GROUP, LLP

25                                    By: _____
                                          Karl Rupp, Esq.
26                                        Attorney for Plaintiff
                                          TROLL BUSTERS©, LLC