KURTIS D. MACFERRIN (State Bar No. 178006)
CORA L. SCHMID (State Bar No. 237267)
LIFE TECHNOLOGIES CORPORATION
850 Lincoln Centre Dr.
Foster City, CA  94404
Telephone:  (650) 638-6245
Facsimile:  (677) 638-6677
E-mail: kurtis.macferrin@lifetech.com
E-mail: cora.schmid@lifetech.com

Attorneys for Defendant
LIFE TECHNOLOGIES CORPORATION

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROLL BUSTERS ® LLC,<br><br>              Plaintiff,<br><br>         v.<br><br>ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS), ROCHE APPLIED SCIENCES, EUROGENTEC NORTH AMERICA INC., CLONTECH LABORATORIES INC., INTEGRATED DNA TECHNOLOGIES (IDT), LIFE TECHNOLOGIES CORPORATION, QIAGEN NV., THERMO FISHER SCIENTIFIC, INC., QUANTA BIOSCIENCES, INC., GENE LINK INC., GENSCRIPT USA INC., EMD CHEMICALS INC., TRILINK BIOTECHNOLOGIES INC., and CEPHIED,<br><br>              Defendants | CASE NO. 11-CV-0056-IEG (WVG)<br><br>**DEFENDANT LIFE TECHNOLOGIES CORPORATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Civil Local Rule 40.2 and to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Life Technologies Corporation ("Life Technologies"), hereby submits its Notice of Party with Financial Interest as follows:

Life Technologies does not have any parent corporations.  No publicly held company owns more than 10% of the stock of Life Technologies.

DEFENDANT LIFE TECHNOLOGIES' NOTICE OF PARTY WITH FINANCIAL INTEREST             -1-             11-CV-0056-IEG (WVG)

1
2  Dated: February 9, 2011                LIFE TECHNOLOGIES CORPORATION
3                                          /s/  Cora L. Schmid
                                           Cora L. Schmid
4                                          Attorney for Defendant
                                           LIFE TECHNOLOGIES CORPORATION
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Troll Busters©, LLC v. Roche Diagnostics GMBH, et al.
U.S. District Court Case No. 11CV0056 IEG (WVG)

## CERTIFICATE OF SERVICE

I, Cora L. Schmid, hereby certify that I am over 18 years of age, employed in Foster City, California, and that I am not a party to the subject action.

On February 9, 2011, I served the foregoing document described as

**DEFENDANT LIFE TECHNOLOGIES CORPORATION'S
NOTICE OF PARTY WITH FINANCIAL INTEREST**

by electronic filing. I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to the electronic service through the Court's transmission facilities. The following participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

>   Karl Rupp, Esq.
>   Kendall Law Group LLP
>   3232 McKinney Avenue, Suite 700
>   Dallas, TX 75204
>   Tel: (214) 744-3000
>   Fax: (214) 744-3015
>   Email: krupp@kendalllawgroup.com
>   Attorney for Plaintiff TROLL BUSTERS©, LLC
>
>   Bradley E. Beckworth
>   Nix Patterson & Roach, LLP
>   205 Linda Drive
>   Daingerfield, TX 75639
>   (903) 645-7333
>   Fax: (903) 645-5389
>   Email: bbeckworth@nixlawfirm.com
>   Attorney for Plaintiff TROLL BUSTERS©, LLC

Derek T. Gilliland
Nix Patterson & Roach, LLP
205 Linda Drive
Daingerfield, TX 75639
(903) 645-7333
Fax: (903) 645-5389
Email: dgilliland@nixlawfirm.com
Attorney for Plaintiff TROLL BUSTERS©, LLC

Brian C. Cannon
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
(650)801-5000
Fax: (650)801-5100
Email: briancannon@quinnemanuel.com
Attorney for Defendants ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS, ROCHE APPLIED SCIENCES

Rory S. Miller
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3004
Fax: 213-443-3100
Email: rorymiller@quinnemanuel.com
Attorney for Defendants ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS, ROCHE APPLIED SCIENCES

Jeffrey Alan McKinney
McKinney Law Group
851 Moraga Road
Lafayette, CA 94549
(650) 245-6723
Fax: (925) 962-0392
Email: jeffrey@mckinneylawgroup.com
Attorney for Defendant EUROGENTEC NORTH AMERICA INC.

John Thomas Gilbert
Patton Boggs LLP
2000 McKinney Avenue
Suite 1700
Dallas, TX 75201
(214) 758-1500
Fax: (214) 758-1550
Email: tgilbert@pattonboggs.com
Attorney for Defendant CLONTECH LABORATORIES INC.

Kenneth Moore Fitzgerald
Chapin Fitzgerald Sullivan LLP
550 West C Street
Suite 2000
San Diego, CA 92101
(619) 241-4810
Fax: (619) 955-5318
Email: kfitzgerald@cfslawfirm.com
Attorney for Defendant INTEGRATED DNA TECHNOLOGIES

Michael James Engle
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
310-788-9900
Fax: 310-788-3399
Email: mengle@perkinscoie.com
Attorney for Defendant QUANTA BIOSCIENCES, INC.,

Manuel Craig Nelson
Connolly Bove Lodge & Hutz LLP
333 South Grand Avenue
Suite 2300
Los Angeles, CA 90071
(213) 787-2500
Fax: (213) 687-0498
Email: mnelson@cblh.com
Attorney for Defendant EMD CHEMICALS INC.

Arthur Albert Wellman, Jr.
3852 Wildwood Road
San Diego, CA 92107
(619)223-6014
Fax: (619)523-9228
Email: wellmana@sbcglobal.net
Attorney for Defendant TRILINK BIOTECHNOLOGIES INC.

Karen Irene Boyd
Turner Boyd LLP
2570 West El Camino Real
Suite 380
Mountain View, CA 94040
(650) 521-5930
Email: boyd@turnerboyd.com
Attorney for Defendant CEPHIED,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of February, at Foster City, California.

    /s/  Cora L. Schmid
Cora L. Schmid
Attorney for Defendant Life Technologies Corporation

DEFENDANT LIFE TECHNOLOGIES' NOTICE OF PARTY WITH FINANCIAL INTEREST   -6-   11-CV-0056-IEG (WVG)