AO 440 (Rev. 12/09) Summons in a Civil Action

196500.9

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

TROLL BUSTERS® LLC

_Plaintiff_
v.
See Attached

)
)
)
)   Civil Action No. 11CV0056 IEG WVG
)
)
)
)

_Defendant_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> KARL RUPP (CALIFORNIA STATE BAR NO. 168930)
> KENDALL LAW GROUP, LLP
> 3232 McKinney Avenue, Ste. 700
> Dallas, Texas 75204
> 214.744.3000 (telephone)
> 214.744.3015 (facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

W. Samuel Hamrick, Jr.
_CLERK OF COURT_

Date: 1/11/11

S/ M. Brown
_Signature of Clerk or Deputy Clerk_



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  11CV0056 IEG WVG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

*AFFIDAVIT ATTACHED*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                *Server's signature*

                                _____
                                *Printed name and title*

                                _____
                                *Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA

Case Number: 11CV0056 IE6 WVG

Troll Busters LLC

Vs

Thermo Fisher Scientific, Inc.,

Middlesex County,
    I, Paul Nardizzi, being duly sworn, depose and say that I am not a party to this case and that corporate service of the Summons and Complaint was made Thermo Fisher Scientific, Inc. on 1/18/11 at 1400PM at 81 Wyman Street, Waltham, MA 02454 by handing papers to Legal Dept. Rep Kimberly Holliday.

Description of Person Served: Black female, approximately 30 years old, black hair, 5 8", 120 pounds.

Subscribed and Sworn to before me on the __18th__ day of __January__, 2011
Middlesex County, MA
Elena M. Nardizzi-Notary Public

ELENA M. NAR[...]
Notary Public
Commonwealth [...]
My Comm. [...] 12/[...]

Constable Paul Nardizzi
17 Clovelly Lane
Framingham, MA 01702

**TROLL BUSTERS® LLC,**

        *Plaintiff,*

v.

**ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS), ROCHE APPLIED SCIENCES EUROGENTEC NORTH AMERICA INC., CLONTECH LABORATORIES INC., INTEGRATED DNA TECHNOLOGIES (IDT), LIFE TECHNOLOGIES CORPORATION QIAGEN NV., THERMO FISHER SCIENTIFIC, INC., QUANTA BIOSCIENCES, INC., GENE LINK INC., GENSCRIPT USA INC., EMD CHEMICALS INC., TRILINK BIOTECHNOLOGIES INC., and CEPHIED,**

        *Defendants.*