UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROLL BUSTERS© LLC,<br>　　　　　　Plaintiff,<br>　vs.<br>ROCHE DIAGNOSTICS GMBH; ROCHE MOLECULAR SYSTEMS (RMS); ROCHE APPLIED SCIENCES EUROGENTEC NORTH AMERICA, INC.; CLONTECH LABORATORIES, INC.; INTEGRATED DNA TECHNOLOGIES (IDT); LIFE TECHNOLOGIES CORPORATION QUIAGEN NV.; THERMO FISHER SCIENTIFIC, INC.; GENE LINK, INC.; GENSCRIPT USA, INC.; EMD CHEMICALS INC.; TRILINK BIOTECHNOLOGIES INC.; and CEPHIED,<br>　　　　　　Defendants. | Case No.   11-CV-0056 IEG (WVG)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT GENE LINK, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Doc. No. 65] |

- 1 -

1   The Court having considered the Unopposed Motion of Defendant Gene Link, Inc.
2 ("Gene Link") to Extend the Time for Gene Link to Respond to the Complaint and for good
3 cause shown, the Motion is hereby GRANTED.
4   Gene Link shall answer or otherwise respond to the Complaint on or before March 25,
5 2011.
6   **IT IS SO ORDERED.**

8 Dated: 3/9/11

*[signature]*
Hon. Irma E. Gonzalez
United States District Court Judge