Matthew D. Murphey, Bar No. 194111
TROUTMAN SANDERS LLP
550 West B Street
Suite 400
San Diego, CA 92101-3599
Telephone: (619) 235.4040
Facsimile: (619) 231.8796
E-mail: matt.murphey@troutmansanders.com

Kurtis D. MacFerrin, Bar No. 178006
Cora L. Schmid, Bar No. 237267
LIFE TECHNOLOGIES CORPORATION
850 Lincoln Centre Dr.
Foster City, CA 94404
Telephone: (650) 638-6245
Facsimile: (677) 638-6677
E-mail: kurtis.macferrin@lifetech.com
E-mail: cora.schmid@lifetech.com

Attorneys for Defendant
LIFE TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROLL BUSTERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS), ROCHE APPLIED SCIENCES EUROGENTEC NORTH AMERICA INC., CLONTECH LABORATORIES INC., INTEGRATED DNA TECHNOLOGIES (IDT), LIFE TECHNOLOGIES CORPORATION, QIAGEN NV., THERMO FISHER SCIENTIFIC, INC., QUANTA BIOSCIENCES, INC., GENE LINK INC., GENSCRIPT USA INC., EMD CHEMICALS INC., TRILINK BIOTECHNOLOGIES INC., and CEPHIED,<br><br>Defendants. | Case No. 11-CV-0056-IEG WVG<br><br>**DEFENDANT LIFE TECHNOLOGIES CORPORATION ASSOCIATION OF COUNSEL** |

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1104007v1

1

11-CV-0056-IEG

DEFENDANT LIFE TECHNOLOGIES CORPORATION ASSOCIATION OF COUNSEL

TO THE ABOVE ENTITLED COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, LIFE TECHNOLOGIES CORPORATION ("Life Tech"), through its attorneys of record, Cora Louise Schmid of Life Technologies Corporation, hereby associates as co-counsel of record for Life Tech in the case entitled *Troll Busters, LLC v. Roche Diagnostic GMBH, et al.*, United District Court – Southern District Case No. 11-CV-0056-IEG WVG:

> Matthew D. Murphey, Esq.
> Troutman Sanders, LLP
> 550 West "B" Street, Suite 400
> San Diego, California 92101
> Telephone (619) 557-4310, Facsimile (619) 231-8796

Please serve all future pleadings on both firms, Troutman Sanders LLP and Cora Louise Schmid of Life Technologies Corporation.

Dated: March 9, 2011                TROUTMAN SANDERS LLP


By: /s/ Matthew D. Murphey
    Matthew D. Murphey
    Attorneys for Defendant
    LIFE TECHNOLOGIES CORPORATION
    QIAGEN NV.
    matt.murphey@troutmansanders.com

Dated: March 9, 2011                LIFE TECHNOLOGIES CORPORATION


By: /s/ Cora Louise Schmid
    Cora Louise Schmid
    Attorneys for Defendant
    LIFE TECHNOLOGIES CORPORATION
    QIAGEN NV.
    cora.schmid@lifetech.com

TROUTMAN SANDERS LLP
550 WEST B STREET
SUITE 400
SAN DIEGO, CA 92101-3599

1104007v1                2                11-CV-0056-IEG

DEFENDANT LIFE TECHNOLOGIES CORPORATION ASSOCIATION OF COUNSEL