**KARL RUPP**
California State Bar No. 168930
**KENDALL LAW GROUP, LLP**
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.744.3000 (Telephone)
214.744.3015 (Telecopier)
Email:krupp@kendalllawgroup.com

**Bradley E. Beckworth**
Texas State Bar No. 24001710
**Derek Gilliland**
Texas State Bar No. 24007239
**Nix Patterson & Roach LLP**
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333 (Telephone)
(903) 645-5389 (Telecopier)
Email:  bbeckworth@nixlawfirm.com
        dgilliland@nixlawfirm.com
*Admitted Pro Hac Vice*

**Ralph D. McBride**
Texas State Bar No. 13332400
**Stephen B. Crain**
Texas State Bar No. 04994580
**Alan D. Albright**
Texas State Bar No. 00973650
**Bradley J. Benoit**
Texas State Bar No. 24012275
**Heath A. Novosad**
Texas State Bar No. 24037199
**BRACEWELL & GIULIANI LLP**
711 Louisiana, Suite 2300
Houston, Texas   77002
Telephone:  713-223-2300
Facsimile:   713-221-1212
Email:  ralph.mcbride@bgllp.com
        stephen.crain@bgllp.com
        alan.albright@bgllp.com
        brad.benoit@bgllp.com
        heath.novosad@bgllp.com
*Admitted Pro Hac Vice*

**Attorneys for**
**Plaintiff TROLL BUSTERS©, LLC**

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT AND
MOTION TO EXTEND RESPONSE DEADLINE
C.A. No. 3:11-cv-00056-IEG -WVG

1

2

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

3

**TROLL BUSTERS® LLC,**                                    )
                                                          )
4                       *Plaintiff*,                      )        **C.A. No. 3:11-cv-0056-IEG-WVG**
                                                          )
5       v.                                                )
                                                          )        **PLAINTIFF'S UNOPPOSED**
6       **ROCHE DIAGNOSTICS GMBH,**                       )        **MOTION FOR LEAVE TO FILE**
        **ROCHE MOLECULAR SYSTEMS**                       )        **FIRST AMENDED COMPLAINT**
7       **(RMS), ROCHE DIAGNOSTICS CORP.**                )        **AND MOTION TO EXTEND**
        **D/B/A ROCHE APPLIED SCIENCES,**                 )        **RESPONSE DEADLINE**
8       **EUROGENTEC NORTH AMERICA**                      )
        **INC., CLONTECH LABORATORIES**                   )
9       **INC., INTEGRATED DNA**                          )
        **TECHNOLOGIES (IDT), LIFE**                      )
10      **TECHNOLOGIES CORPORATION**                      )
        **QIAGEN NV., THERMO FISHER**                     )
11      **SCIENTIFIC, INC., QUANTA**                      )
        **BIOSCIENCES, INC., GENE LINK INC.,**            )
12      **GENSCRIPT USA INC., EMD**                       )
        **CHEMICALS INC., TRILINK**                       )
13      **BIOTECHNOLOGIES INC., and**                     )
        **CEPHEID,**                                      )
14                                                        )
                                                          )
15                      *Defendants*.                     )

16

17

18          1.      Plaintiff/Relator, Troll Busters® LLC "Plaintiff") files this Unopposed Motion for

19   Leave to File First Amended Complaint and Motion to Extend Response Deadline (the "Motion")[1] as

20   follows:

21

22                                  **MOTION FOR LEAVE**

23          2.      On January 10, 2011, Plaintiff filed its Original Complaint in the above-captioned

24   lawsuit (Dkt. No. 1).   On February 7, 2011, Defendant Eurogentech North America Inc.

25

26   _____

27          [1] The Motion is unopposed by all Defendants who have appeared in this matter. As described below, Defendant
     GenScript USA Inc. ("GenScript") has not appeared or otherwise contacted Plaintiff's counsel; therefore, Plaintiff is not
28   aware of whether GenScript opposes the relief sought herein.

     PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
     TO FILE FIRST AMENDED COMPLAINT AND
     MOTION TO EXTEND RESPONSE DEADLINE
     C.A. No. 3:11-cv-00056-IEG -WVG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

("Eurogentec") filed its Answer to the Original Complaint (Dkt. No. 26).  Despite being served with process on January 17, 2011 (Dkt. No. 41), GenScript has not appeared in this matter or otherwise contacted Plaintiffs' counsel.

3.      On March 16, 2011, counsel for the Roche Diagnostics GmbH, Roche Molecular Systems, Roche Diagnostic Corp. d/b/a Roche Applied Sciences (collectively, the "Roche Defendants") sent Plaintiff a letter on behalf of all Defendants other than GenScript (collectively, "Defendants"), which requested Plaintiff to withdraw its Original Complaint and indicated that Defendants would consider agreeing to allow Plaintiff to file an amended complaint if all other dates were similarly extended.[2]  In follow-up communications with Defendants, Plaintiff agreed to file an amended complaint by April 1, 2011 and agree to reasonable extensions for any Defendant whose answer date was imminent to answer or otherwise respond to the original complaint.[3]  Plaintiff has already agreed to extensions for defendants EMD BioScience, Quanta Biosciences, Inc., Clontech Laboratories Inc. and Gene Link, Inc. (Dkt. Nos. 73, 75-77).

4.      Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff requests leave to file its First Amended Complaint in the form attached hereto as Exhibit 3.  Plaintiff has circulated a copy of this Motion to Defendants, and Defendants have indicated that they are unopposed to the relief sought herein.[4]  Further, Plaintiff has agreed to extend the deadline for all Defendants to answer or otherwise respond to the First Amended Complaint until thirty (30) days after it is filed.

---

[2] *See* March 16, 2011 Letter from B Cannon to All Counsel of Record, attached hereto as Exhibit 1 and incorporated by reference as if fully set forth herein.

[3] *See* March 16-22, 2011 E-Mail String, attached hereto as Exhibit 2 and incorporated by reference as if fully set forth herein.

[4] *See* April 1, 2011 Letter from R Miller to All Counsel of Record, attached hereto as Exhibit 4 and incorporated by reference as if fully set forth herein.

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT AND
MOTION TO EXTEND RESPONSE DEADLINE
C.A. No. 3:11-cv-00056-IEG -WVG

1

## PRAYER FOR RELIEF

2

     5.     Plaintiff requests that the Court, pursuant to Federal Rule of Civil Procedure

3

15(a)(1)(B), grant Plaintiff leave to file its First Amended Complaint in the form attached hereto as

4

Exhibit 3.  Plaintiff further requests that the Court extend the deadline to answer or otherwise respond

5

to the First Amended Complaint until thirty (30) days after the First Amended Complaint is filed.

6

Plaintiff further prays for such other and further relief as is equitable and just.

7

8
     DATED: April 5, 2011

9

10

11
                            Respectfully submitted,

12

13
                            By: */s/ Karl Rupp*

14
                                  **KARL RUPP**
                                  California State Bar No. 168930

15
                                  **KENDALL LAW GROUP, LLP**
                                  3232 McKinney Avenue, Ste. 700

16
                                  Dallas, Texas 75204
                                  214.744.3000 (Telephone)

17
                                  214.744.3015 (Telecopier)

18
                                  **ATTORNEY FOR PLAINTIFF TROLL BUSTERS®
LLC**

19

20
OF COUNSEL:

21

Bradley E. Beckworth

22
Texas State Bar No. 24001710
Derek Gilliland

23
Texas State Bar No. 24007239
**Nix Patterson & Roach LLP**

24
205 Linda Drive
Daingerfield, Texas 75638

25
(903) 645-7333 (Telephone)
(903) 645-5389 (Telecopier)

26

27
Ralph D. McBride
Texas State Bar No. 13332400

28

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT AND
MOTION TO EXTEND RESPONSE DEADLINE
C.A. No. 3:11-cv-00056-IEG -WVG

1  Stephen B. Crain
   Texas State Bar No. 04994580
2  Alan D. Albright
   Texas State Bar No. 00973650
3  Bradley J. Benoit
   Texas State Bar No. 24012275
4  Heath A. Novosad
   Texas State Bar No. 24037199
5  **BRACEWELL & GIULIANI LLP**
   711 Louisiana, Suite 2300
6  Houston, Texas   77002
   Telephone:  713-223-2300
7  Facsimile:  713-221-1212
8
   **ATTORNEYS FOR PLAINTIFF TROLL BUSTERS® LLC**
9
10                     <u>**CERTIFICATE OF SERVICE**</u>
11
   I hereby certify that I electronically filed the above *First Amended Complaint* in the United States
12 District Court for the Southern District of California, and that service will be automatically
   accomplished through the Notice of Electronic Filing.
13
                                  */s/ Karl Rupp*
14                                 Karl Rupp
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
   TO FILE FIRST AMENDED COMPLAINT AND
   MOTION TO EXTEND RESPONSE DEADLINE
   C.A. No. 3:11-cv-00056-IEG -WVG