**Novosad, Heath**

| | |
|---|---|
| **From:** | Derek Gilliland [dgilliland@nixlawfirm.com] |
| **Sent:** | Tuesday, March 22, 2011 5:03 PM |
| **To:** | 'Annelle Bosio'; krupp@kendalllawgroup.com; Albright, Alan; Beckworth, Bradley E.; Benoit, Brad; Novosad, Heath; McBride, Ralph; Crain, Stephen |
| **Cc:** | 'Brian Cannon'; 'Rory Miller'; paul.hunt@btlaw.com; jeffrey@mckinneylawgroup.com; tgilbert@pattonboggs.com; cmaxwell@pattonboggs.com; kbell@pattonboggs.com; roparil@pattonboggs.com; kfitzgerald@cfslawfirm.com; cora.schmid@lifetech.com; matt.murphey@troutsanders.com; GillisT@howrey.com; mengle@perkinscoie.com; anero@perkinscoie.com; mumberger@perkinscoie.com; pbooth@perkinscoie.com; cdwyer@buchalter.com; mnelson@cblh.com; wellmana@sbcglobal.net; boyd@turnerboyd.com |
| **Subject:** | RE: Troll Busters, LLC v. Roche Diagnostics GMBH, et al. |

Brian,

Thank you for your letter. While we do not agree that our current complaint is deficient in light of In re BP Lubricants, we do intend to amend our complaint out of an abundance of caution. We will have the amended complaint filed on or before Friday, April 1. To avoid the unnecessary exercise of defendants filing 12(b)(6) motions to a pleading we already intend to amend, we will gladly agree to reasonable extensions for any party whose answer is due soon.

Please let me know if any of the parties would like to file an agreed extension and if you have any other questions.

Thank you,

**Derek Gilliland**
Registered Patent Attorney
**Nix, Patterson & Roach, L.L.P.**
205 Linda Dr.
Daingerfield, Texas 75638-0679

Phone: 903.645.7333
Fax: 903.645.3827
Email: dgilliland@nixlawfirm.com
Web: www.NixLawFirm.com

This email may contain material that is confidential, privileged, and/or attorney work-product for the sole use of the intended recipient. Any review, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient or believe you received this email by mistake, please contact the sender and delete all copies.

**From:** Annelle Bosio [mailto:annellebosio@quinnemanuel.com]
**Sent:** Wednesday, March 16, 2011 3:55 PM
**To:** krupp@kendalllawgroup.com; alan.albright@bgllp.com; bbeckworth@nixlawfirm.com; dgilliland@nixlawfirm.com; brad.benoit@bgllp.com; heath.novosad@bgllp.com; ralph.mcbride@bgllp.com; stephen.crain@bgllp.com
**Cc:** Brian Cannon; Rory Miller; paul.hunt@btlaw.com; jeffrey@mckinneylawgroup.com; tgilbert@pattonboggs.com; cmaxwell@pattonboggs.com; kbell@pattonboggs.com; roparil@pattonboggs.com; kfitzgerald@cfslawfirm.com; cora.schmid@lifetech.com; matt.murphey@troutsanders.com; GillisT@howrey.com; mengle@perkinscoie.com; anero@perkinscoie.com; mumberger@perkinscoie.com; pbooth@perkinscoie.com;

3/29/2011                                                **Exhibit 2**

cdwyer@buchalter.com; mnelson@cblh.com; wellmana@sbcglobal.net; boyd@turnerboyd.com
**Subject:** Troll Busters, LLC v. Roche Diagnostics GMBH, et al.

Counsel,

Please see the attached correspondence and attachment from Mr. Brian Cannon, thank you.

**C. Annelle Bosio**
Assistant to Brian Cannon, Rachel Herrick Kassabian,
Gabe Gross and Andrea Pallios Roberts
**Quinn Emanuel Urquhart & Sullivan, LLP.**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5050 Direct
650-801-5000 Main Office Number
650-801-5100 FAX
annellebosio@quinnemanuel.com
www.quinnemanuel.com

3/29/2011