**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3004**

WRITER'S INTERNET ADDRESS
**rorymiller@quinnemanuel.com**

April 1, 2011

<u>VIA E-MAIL</u>

| | |
|---|---|
| Karl A. Rupp<br>Kendall Law Group, LLP<br>3232 McKinney Ave., Suite 700<br>Dallas, TX 75204<br>*krupp@kendalllawgroup.com* | Alan D. Albright<br>Bracewell & Giuliani LLP<br>111 Congress Ave., Suite 2300<br>Austin, TX 78707<br>*alan.albright@bgllp.com* |
| Bradley E. Beckworth<br>Derek T. Gilliland<br>Nix Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield, TX 75639<br>*bbeckworth@nixlawfirm.com*<br>*dgilliland@nixlawfirm.com* | Bradley J. Benoit<br>Heath A. Novosad<br>Ralph D. McBride<br>Stephen B. Crain<br>Bracewell & Giuliani LLP<br>711 Louisiana St., Suite 2300<br>Houston, TX 77002<br>*brad.benoit@bgllp.com*<br>*heath.novosad@bgllp.com*<br>*ralph.mcbride@bgllp.com*<br>*stephen.crain@bgllp.com* |

Re:   *Troll Busters, LLC v. Roche Diagnostics GMBH, et al.*
      <u>Case No. 11-CV-0056-IEG (WVG) (S.D. Cal.)</u>

Dear Counsel:

This letter is being sent on behalf of the Roche defendants, as well as Cepheid, Clontech, EMD Chemicals, Eurogentec, Gene Link, IDT, Life Technologies, Qiagen, Quanta Biosciences, Thermo Fisher Scientific, TriLink Biotechnologies. Consistent with Brian Cannon's March 16, 2011 letter to you, we do not oppose TrollBusters' motion for leave to file a First Amended

**quinn emanuel urquhart & sullivan, llp**
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

**EXHIBIT 4**

Complaint and for Defendants to have thirty days to respond once the First Amended Complaint is filed by the court. However, our non-opposition should not be taken as agreement that TrollBusters' proposed First Amended Complaint sufficiently states a valid cause of action against any defendant, and we reserve our rights in that regard.

Sincerely,

Rory S. Miller

cc: counsel of record