BRIAN C. CANNON (Bar No. 193071)
briancannon@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650)801-5000
Facsimile: (650)801-5100

RORY S. MILLER (Bar No. 238780)
rorymiller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3004
Facsimile: (213) 443-3100

Attorneys for Defendants
ROCHE MOLECULAR SYSTEMS (RMS)
ROCHE DIAGNOSTICS GMBH and
ROCHE DIAGNOSTICS CORP.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| TROLL BUSTERS LLC, | Case No. 11cv0056 IEG WVG |
| Plaintiff, | |
| vs. | |
| ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS), ROCHE DIAGNOSTICS CORP. D/B/A ROCHE APPLIED SCIENCES, EUROGENTEC NORTH AMERICA INC., CLONTECH LABORATORIES INC., INTEGRATED DNA TECHNOLOGIES (IDT), LIFE TECHNOLOGIES CORP., QIAGEN NV., THERMO FISHER SCIENTIFIC, INC., QUANTA BIOSCIENCES, INC., GENE LINK INC., GENSCRIPT USA INC., EMD CHEMICALS INC., TRILINK BIOTECHNOLOGIES INC., and CEPHIED, | **DEFENDANTS ROCHE MOLECULAR SYSTEMS AND ROCHE DIAGNOSTICS CORP.'S RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE** |
| Defendants. | |

Defendants Roche Molecular Systems (RMS) and Roche Diagnostics Corporation file this Notice regarding their constitutional challenge to 35 U.S.C. § 292 (the false marking statute), which is set forth in their motion to dismiss the First Amended Complaint, filed on May 4, 2011 in the above-captioned matter.

The question raised by Defendants' constitutional challenge is whether 35 U.S.C. § 292 violates the Take Care Clause of Article II, § 3 of the United States Constitution by failing to include any of the procedural safeguards that have been held to preserve the constitutionality of other *qui tam* statutes like the False Claims Act, such as the right of the United States to be notified by the relator of a case before a defendant is served, the right to intervene, the right to seek dismissal or settlement of a false marking action over the objection of the relator, and the right to prevent dismissal of the action by the relator.

DATED: May 4, 2011              Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   s/ Rory S. Miller
    Rory S. Miller
    Attorneys for Roche Molecular Systems (RMS),
    Roche Diagnostics GmbH and Roche Diagnostics
    Corp.

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 4, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

DATED: May 4, 2011                           Respectfully submitted,

                                             QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                             By    s/ Rory S. Miller
                                                Rory S. Miller
                                                Attorneys for Roche Molecular Systems (RMS),
                                                Roche Diagnostics GmbH and Roche Diagnostics Corp.

cc:    Eric H. Holder, Jr.
       Attorney General of the United States
       DOJ Room B-103 – Service of Process
       950 Pennsylvania Ave. NW
       Washington DC 20004
       (via certified mail)

       Laura E. Duffy
       United States Attorney, Southern District of California
       Federal Office Building
       880 Front Street, Room 6293
       San Diego CA 92101
       (via certified mail)