JEFFREY A. MCKINNEY (Bar No. 190037)
jeffrey@mckinneylawgroup.com
MCKINNEY LAW GROUP APC
851 Moraga Road
Lafayette, CA 94549
Telephone:  (650) 245-6723

Attorney for Defendant
EUROGENTEC NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| TROLL BUSTERS LLC,<br><br>                              Plaintiff,<br><br>      vs.<br><br>ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS), ROCHE DIAGNOSTICS CORP. D/B/A ROCHE APPLIED SCIENCES, EUROGENTEC NORTH AMERICA INC., CLONTECH LABORATORIES INC., INTEGRATED DNA TECHNOLOGIES (IDT), LIFE TECHNOLOGIES CORP., QIAGEN NV., THERMO FISHER SCIENTIFIC, INC., QUANTA BIOSCIENCES, INC., GENE LINK INC., GENSCRIPT USA INC., EMD CHEMICALS INC., TRILINK BIOTECHNOLOGIES INC., and CEPHIED,<br><br>                              Defendants. | Case No. 11cv0056 IEG WVG<br><br>**DEFENDANT EUROGENTEC NORTH AMERICA, INC.'S RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE** |

Defendant Eurogentec North America, Inc. files this Notice regarding their constitutional challenge to 35 U.S.C. § 292 (the false marking statute), which is set forth in their motion to dismiss the First Amended Complaint, filed on May 6, 2011 in the above-captioned matter.

The question raised by Defendant's constitutional challenge is whether 35 U.S.C. § 292 violates the Take Care Clause of Article II, § 3 of the United States Constitution by failing to include any of the procedural safeguards that have been held to preserve the constitutionality of other *qui tam* statutes like the False Claims Act, such as the right of the United States to be notified by the relator of a case before a defendant is served, the right to intervene, the right to seek dismissal or settlement of a false marking action over the objection of the relator, and the right to prevent dismissal of the action by the relator.

Respectfully Submitted,

                                              MCKINNEY LAW GROUP APC

Dated: May 6, 2011         By:    /s/ Jeffrey A. McKinney

                                      Jeffrey A. McKinney

                                      Attorney for Defendant
                                      EUROGENTEC NORTH AMERICA, INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 6, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Respectfully Submitted,

                MCKINNEY LAW GROUP APC

Dated:  May 6, 2011       By:     /s/ Jeffrey A. McKinney

                Jeffrey A. McKinney

                Attorney for Defendant
                EUROGENTEC NORTH AMERICA, INC.
                .

cc:    Eric H. Holder, Jr.
       Attorney General of the United States
       DOJ Room B-103 – Service of Process
       950 Pennsylvania Avenue NW
       Washington DC 20004
       (via Certified Mail)

       Laura E. Duffy
       United States Attorney, Southern District of California
       Federal Office Building
       880 Front Street, Room 6293
       San Diego CA 92101
       (via Certified Mail)