J. Thomas Gilbert (State Bar No. 183362)
Caroline C. Maxwell
PATTON BOGGS LLP
2001 McKinney Avenue, Suite 1700
Dallas, Texas 75201
Telephone:  (214) 758-1500
Facsimile:   (214) 758-1550
Email: tgilbert@pattonboggs.com

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315
Email: roparil@pattonboggs.com

Kevin M. Bell
PATTON BOGGS LLP
8484 Westpark Drive, Ninth Floor
McLean, Virginia 22102
Telephone: (703) 744-8000
Facsimile: (703) 744-8001
Email: kbell@pattonboggs.com

Attorneys for Defendant
CLONTECH LABORATORIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| TROLL BUSTERS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE DIAGNOSTICS GMBH, et al.,<br><br>Defendants. | Case No. 3:11-cv-56 IEG WVG<br><br>**DEFENDANT CLONTECH LABORATORIES, INC.'S RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE** |

Defendant Clontech Laboratories, Inc. ("Clontech") files this Notice regarding its constitutional challenge to 35 U.S.C. § 292 (the false marking statute), which is set forth in its

- 1 -

motion to dismiss the First Amended Complaint, filed on May 6, 2011 in the above-captioned matter.

The question raised by Clontech's constitutional challenge is whether 35 U.S.C. § 292 violates the Take Care Clause of Article II, § 3 of the United States Constitution by failing to include any of the procedural safeguards that have been held to preserve the constitutionality of other *qui tam* statutes like the False Claims Act, such as the right of the United States to be notified by the relator of a case before a defendant is served, the right to intervene, the right to seek dismissal or settlement of a false marking action over the objection of the relator, and the right to prevent dismissal of the action by the relator.

Dated: May 6, 2011

Respectfully submitted,

PATTON BOGGS LLP

/s/ J. Thomas Gilbert
J. Thomas Gilbert

*Attorneys for Defendant
Clontech Laboratories, Inc.*

## PROOF OF SERVICE

I, Rhonda L. Thomas, the undersigned, say: I am over the age of 18 years and not a party to the within action or proceeding. My business address is 2000 McKinney Avenue, Suite 1700, Dallas, Texas 75201.

On May 6, 2011, I served the foregoing document described as:

**DEFENDANT CLONTECH LABORATORIES, INC.'S RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE**

to each of the addressees named hereafter as follows:

☒ BY CM/ECF TRANSMISSION. I am familiar with the United States District Court for the Southern District of California's practice for collecting and processing electronic filings. Upon the filing of a document with the Court, the CM/ECF system generates a Notice of Electronic Filing (NEF) that is delivered the assigned judge, and any registered users of the CM/ECF system that have appeared in the case. The NEF constitutes service of the document, and registration as a CM/ECF user constitutes consent to service by NEF.

☐ BY MAIL. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FACSIMILE. I caused said document to be transmitted by facsimile transmission to the number indicated after the address(es) stated below.

☐ BY PERSONAL SERVICE. I caused said document to be hand delivered to the address(es) stated below.

☐ BY OVERNIGHT DELIVERY. I caused said document to be delivered to UPS/FEDERAL EXPRESS for overnight courier services to the address(es) stated below.

☐ BY EMAIL. The document stated herein was transmitted by email and the transmission was reported as complete and without error. A transmission report was properly issued indicating the date and time of receipt of the transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 6, 2011, at Dallas, Texas.

                                          s/ Rhonda L. Thomas
                                          Rhonda L. Thomas

Service List

*Troll Busters®, LLC v. Roche Diagnostics GMBH, et al.*
Case No. 11cv0056 IEG (WVG)

| | |
|---|---|
| **By NEF Notice**<br>Karl Rupp<br>KENDALL LAW GROUP, LLP<br>3232 McKinney Avenue, Suite 700<br>Dallas, TX 75204<br>Telephone: (214) 744-3000<br>Facsimile:  (214) 744-3015<br>Email: krupp@kendalllawgroup.com<br><br>*Attorneys for Plaintiff Troll Busters® LLC* | **By NEF Notice**<br>Bradley E. Beckworth<br>Derek T. Gilliland<br>Nix Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield, TX 75639<br>Telephone: (903) 645-7333<br>Facsimile:  (903) 645-5389<br>Email:  bbeckworth@nixlawfirm.com<br>         dgilliland@nixlawfirm.com<br><br>*Attorneys for Plaintiff Troll Busters® LLC* |
| **By NEF Notice**<br>Alan D. Albright<br>BRACEWELL & GUILIANI LLP<br>111 Congress Avenue, Suite 2300<br>Austin, TX 78701-4061<br>Telephone: (512) 472-7800<br>Facsimile:  (512) 472-9123<br>Email: alan.albright@bgllp.com<br><br>*Attorneys for Plaintiff Troll Busters® LLC* | **By NEF Notice**<br>Bradley Jason Benoit<br>Heath Aaron Novosad<br>Ralph D. McBride<br>Stephen B. Crain<br>BRACEWELL & GUILIANI LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002-2770<br>Telephone: (713) 223-2300<br>Facsimile:  (713) 221-2112<br>Email: brad.benoit@bgllp.com<br>         heath.novosad@bgllp.com<br>         ralph.mcbride@bgllp.com<br>         stephen.crain@bgllp.com<br><br>*Attorneys for Plaintiff Troll Busters® LLC* |
| **By NEF Notice**<br>Brian Cannon<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile:  (650)801-5100<br>Email:  briancannon@quinnemanuel.com<br><br>*Attorneys for Defendants Roche Diagnostics GmbH, Roche Molecular Systems, and Roche Applied Sciences* | **By NEF Notice**<br>Rory S. Miller<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile:  (213) 443-3100<br>Email:  rorymiller@quinnemanuel.com<br><br>*Attorneys for Defendants Roche Diagnostics GmbH, Roche Molecular Systems, and Roche Applied Sciences* |

| | |
|---|---|
| **By NEF Notice**<br>Jeffrey A. McKinney<br>MCKINNEY LAW GROUP, APC<br>Silicon Valley Office<br>851 Moraga Road, Bungalow B<br>Lafayette CA 94549<br>Telephone: (650) 245-6723<br>Email:  jeffrey@mckinneylawgroup.com<br><br>*Attorneys for Defendant Eurogentec North America Inc.* | **By NEF Notice**<br>Kenneth M. Fitzgerald<br>CHAPIN FITZGERALD SULLIVAN LLP<br>550 West "C" Street, Suite 2000<br>San Diego, CA 92101<br>Telephone: (619) 241-4810<br>Facsimile:  (619) 955-5318<br>Email:  kfitzgerald@cfslawfirm.com<br><br>*Attorneys for Defendant Integrated DNA Technologies and Thermo Fisher Scientific, Inc.* |
| **By NEF Notice**<br>Cora L. Schmid<br>LIFE TECHNOLOGIES CORPORATION<br>850 Lincoln Centre Drive<br>Foster City, CA 94404<br>Telephone: (650) 638-6245<br>Facsimile:  (677) 638-6677<br>Email:  cora.schmid@lifetech.com<br><br>*Attorneys for Defendant Life Technologies Corporation* | **By NEF Notice**<br>Matthew D. Murphey<br>TROUTMAN SANDERS LLP<br>550 West B Street, Suite 400<br>San Diego, CA 92101-3599<br>Telephone: (619) 235-4040<br>Facsimile:  (619) 231-8796<br>Email:  matt.murphey@troutmansanders.com<br><br>*Attorneys for Defendant Life Technologies Corporation* |
| **By NEF Notice**<br>Patrick J. Sullivan<br>LAW OFFICES OF PATRICK J. SULLIVAN<br>810 Mission Avenue, Suite 300<br>Oceanside, CA 92054<br>Telephone: (760) 757-7222<br>Facsimile:  (760) 721-8943<br>Email: pjsesq@pacbell.net<br><br>*Attorneys for Defendant Qiagen N.V.* | **By NEF Notice**<br>Theresa M. Gillis<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>Telephone: (212) 506-2500<br>Facsimile:  (212) 262-1910<br>Email:  tgillis@mayerbrown.com<br><br>*Attorneys for Defendant Qiagen N.V.* |
| **By NEF Notice**<br>Michael James Engle<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>Telephone: (310) 788-9900<br>Facsimile:  (310) 788-3399<br>Email:  mengle@perkinscoie.com<br><br>*Attorneys for Defendant Quanta Biosciences, Inc.* | **By NEF Notice**<br>Autumn N. Nero<br>Michelle M. Umberger<br>PERKINS COIE LLP<br>1 East Main Street, Suite 201<br>Madison, WI 53703-5118<br>Telephone: (608) 663-7460<br>Facsimile:  (608) 663-7499<br>Email:  anero@perkinscoie.com<br>           mumberger@perkinscoie.com<br><br>*Attorneys for Defendant Quanta Biosciences, Inc.* |

| | |
|---|---|
| **By NEF Notice**<br>Paul M. Booth, Ph.D.<br>PERKINS COIE LLP<br>700 Thirteenth Street, NW<br>Washington, DC 20005-3960<br>Telephone: (202) 654-6200<br>Facsimile:  (202) 654-6211<br>Email:  pbooth@perkinscoie.com<br><br>*Attorneys for Defendant Quanta Biosciences, Inc.* | **By NEF Notice**<br>Carol A. Dwyer<br>Michael L. Meeks<br>BUCHALTER NEMER<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br>Phone: (949) 760-1121<br>Fax:    (949) 720-0182<br>Email:  cdwyer@buchalter.com<br>              mmeeks@buchalter.com<br><br>*Attorneys for Defendant Gene Link, Inc.* |
| **Not Served**<br>(Have not appeared yet)<br><br>*Attorneys for Defendant Genscript USA Inc.* | **By NEF Notice**<br>Manuel Nelson<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>333 South Grand Avenue, Suite 2300<br>Los Angeles, CA 90071<br>Telephone: (213) 787-2500<br>Facsimile:  (213) 687-0498<br>Email:  mnelson@cblh.com<br><br>*Attorneys for Defendant EMD Chemicals Inc.* |
| **By NEF Notice**<br>Arthur A. Wellman<br>3852 Wildwood Road<br>San Diego, CA 92107<br>Telephone: (619) 223-6014<br>Facsimile:  (619) 523-9228<br>Email:  wellmana@sbcglobal.net<br><br>*Attorneys for Defendant Trilink Biotechnologies Inc.* | **By NEF Notice**<br>Karen I. Boyd<br>Steven W. Flanders<br>TURNER BOYD LLP<br>2570 W. El Camino Real, Suite 380<br>Mountain View, CA 94040<br>Telephone: (650) 521-5930<br>Facsimile:  (650) 521-5931<br>Email:  boyd@turnerboyd.com<br>              flanders@turnerboyd.com<br><br>*Attorneys for Defendant Cephied* |

cc:     Eric H. Holder, Jr.
        Attorney General of the United States
        DOJ Room B-103 – Service of Process
        950 Pennsylvania Avenue NW
        Washington, DC  20004
        (via Certified Mail)

        Laura E. Duffy
        United States Attorney, Southern District of California
        Federal Office Building
        880 Front Street, Room 6293

1 | San Diego, CA  92101
2 | (via Certified Mail)