BUCHALTER NEMER
A Professional Corporation
MICHAEL L. MEEKS (SBN: 172000)
CAROL A. DWYER (SBN: 239769)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email:  mmeeks@buchalter.com
         cdwyer@buchalter.com

Attorneys for Defendant
GENE LINK, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROLL BUSTERS© LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROCHE DIAGNOSTICS GMBH; ROCHE MOLECULAR SYSTEMS (RMS); ROCHE APPLIED SCIENCES EUROGENTEC NORTH AMERICA, INC.; CLONTECH LABORATORIES, INC.; INTEGRATED DNA TECHNOLOGIES (IDT); LIFE TECHNOLOGIES CORPORATION QUIAGEN NV.; THERMO FISHER SCIENTIFIC, INC.; GENE LINK, INC.; GENSCRIPT USA, INC.; EMD CHEMICALS INC.; TRILINK BIOTECHNOLOGIES INC.; AND CEPHIED,<br><br>  Defendants. | Case No.  11CV0056 IEG (WVG)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  June 13, 2011<br>Time:  10:30 a.m.<br>Crtrm: 1, Fourth Floor<br>Judge Hon. Irma E. Gonzalez |

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT GENE LINK, INC. AND JOINDER IN MOTION TO DISMISS FILED BY DEFENDANTS ROCHE DIAGNOSTICS AND ROCHE MOLECULAR SYSTEMS [DOCKET NO. 91-1]

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT GENE LINK, INC. AND JOINDER IN MOTION TO DISMISS FILED BY DEFENDANTS ROCHE DIAGNOSTICS AND ROCHE MOLECULAR SYSTEMS [DOCKET NO. 91-1]

on all other parties and/or their attorney(s) of record to this action by _____ faxing and/or __XXX__ placing a true copy thereof in a sealed envelope as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY ELECTRONIC FILING**  I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electroinc Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to the electronic service through the Court's transmission facilities. Under said practice, the parties listed as so served on the attached service list were served via CM/ECF on May 6, 2011.

BN 8302834v1

1

CERTIFICATE OF SERVICE

☒   **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown on the attached service list of the parties listed as so served is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on May 6, 2011. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 6, 2011, at Irvine, California.

_____Raquel Moreno_____   */s/ Raquel Moreno*
(Signature)

*Troll Busters, LLC v. Roche Diagnostics GMBH, et al.*
United States District Court, Southern District of California (San Diego)
Case No. 3:11-cv-0056-IEG-WVG
**SERVICE LIST**

| | |
|---|---|
| **Karl A. Rupp, Esq.**<br>Kendall Law Group LLP<br>3232 McKinney Avenue<br>Suite 700<br>Dallas, TX 75204<br>Tel: (214)744-3000<br>Fax: (214)744-3015<br>Email: krupp@kendalllawgroup.com | Attorneys for<br>Plaintiff Troll Busters, LLC<br><br>Via Electronic Filing |
| **Alan D. Albright, Esq.**<br>Bracewell & Giuliani LLP<br>111 Congress Avenue<br>Suite 2300<br>Austin, TX 78701<br>Tel: (512) 472-7800<br>Fax: (512) 479-3920<br>Email: *Albright@fe.com* | Attorneys for Plaintiff<br>Troll Busters, LLC<br><br>Via Electronic Filing |
| **Bradley Jason Benoit, Esq.**<br>Bracewell & Giuliani LLP<br>711 Louisiana Street<br>Suite 2300<br>Houston, TX 77002<br>Tel: (713) 221-1224<br>Fax: (713) (713) 222-3204<br>Email: *brad.benoit@bgllp.com* | Attorneys for Plaintiff<br>Troll Busters, LLC<br><br>Via Electronic Filing |
| **Heath Aaron Novosad, Esq.**<br>Bracewell & Giuliani LLP<br>711 Louisiana Street<br>Suite 2300<br>Houston, TX 77002<br>Tel: (713) 221-1258<br>Fax: (713) (713) 437-5356<br>Email: *heath.novosad@bgllp.com* | Attorneys for Plaintiff<br>Troll Busters, LLC<br><br>Via Electronic Filing X |

| | |
|---|---|
| **Ralph D. McBride, Esq.**<br>Bracewell & Giuliani LLP<br>711 Louisiana Street<br>Suite 2300<br>Houston, TX 77002<br>Tel: (713) 221-1208<br>Fax: (713) (713) 222-3261<br>Email: *ralph.mcbridet@bgllp.com* | Attorneys for Plaintiff<br>Troll Busters, LLC<br><br>Via Electronic Filing |
| **Bradley E. Beckworth, Esq.**<br>Nix Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield, TX 75639<br>Tel: (903) 645-7333<br>Fax: (903) 645-5389<br>Email: bbeckworth@nixlawfirm.com | Attorneys for<br>Plaintiff Troll Busters, LLC<br><br>Via Electronic Filing |
| **Derek T. Gilliland, Esq.**<br>Nix Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield, TX 75639<br>Tel: (903) 645-7333<br>Fax: (903) 645-5389<br>Email: dgilliland@nixlawfirm.com | Attorneys for<br>Plaintiff Troll Busters, LLC<br><br>Via Electronic Filing |
| **Brian C. Cannon, Esq.**<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive<br>5th Floor<br>Redwood Shores, CA 94065<br>Tel: (650)801-5000<br>Fax: (650)801-5100<br>Email: briancannon@quinnemanuel.com | Attorneys for<br>Defendants Roche Molecular<br>Systems (RMS); Roche Applied<br>Sciences; and Roche Diagnostics<br>GMBH<br><br>Via Electronic Filing |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 8302834v1

4

**PROOF OF SERVICE**

| | |
|---|---|
| **Rory S. Miller, Esq.**<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: 213-443-3004<br>Fax: 213-443-3100<br>Email: rorymiller@quinnemanuel.com | Attorneys for<br>Defendants Roche Molecular Systems (RMS); Roche Applied Sciences; and Roche Diagnostics GMBH<br><br>Via Electronic Filing |
| **Jeffrey Alan McKinney, Esq.**<br>McKinney Law Group<br>851 Moraga Road<br>Lafayette, CA 94549<br>Tel: (650) 245-6723<br>Fax: (925) 962-0392<br>Email: jeffrey@mckinneylawgroup.com | Attorneys for<br>Defendant Eurogentec North America Inc.<br><br>Via Electronic Filing |
| **John Thomas Gilbert, Esq.**<br>Patton Boggs LLP<br>2000 McKinney Avenue<br>Suite 1700<br>Dallas, TX 75201<br>Tel: (214) 758-1500<br>Fax: (214) 758-1550<br>Email: tgilbert@pattonboggs.com | Attorneys for<br>Defendant Clontech Laboratories Inc.<br><br>Via Electronic Filing |
| **Kenneth Moore Fitzgerald, Esq.**<br>Chapin Fitzgerald Sullivan LLP<br>550 West C Street<br>Suite 2000<br>San Diego, CA 92101<br>Tel: (619) 241-4810<br>Fax: (619) 955-5318<br>Email: kfitzgerald@cfslawfirm.com | Attorneys for<br>Defendants Integrated DNA Technologies (IDT); Thermo Fisher Scientific, Inc.<br><br>Via Electronic Filing |
| **Cora Louise Schmid, Esq.**<br>Life Technologies Corporation<br>850 Lincoln Centre Drive<br>Foster City, CA 94404<br>Tel: (650) 638-6245<br>Fax: (650) 638-6677<br>Email: *cora.schmid@lifetech.com* | Attorneys for<br>Defendant Life Technologies Corporation<br><br>Via Electronic Filing |

| | |
|---|---|
| **Michael James Engle, Esq.**<br>Perkins Coie LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>Tel: 310-788-9900<br>Fax: 3 10-788-3399<br>Email: mengle@perkinscoie.com | Attorneys for<br>Defendant Quanta Biosciences, Inc.<br><br>Via Electronic Filing |
| **Manuel Craig Nelson, Esq.**<br>Connolly Bove Lodge & Hutz LLP<br>333 South Grand Avenue<br>Suite 2300<br>Los Angeles, CA 90071<br>Tel: (213) 787-2500<br>Fax: (213) 687-0498<br>Email: mnelson@cblh.com | Attorneys for<br>Defendant EMD Chemicals Inc.<br><br>Via Electronic Filing |
| **Arthur Albert Wellman , Jr., Esq.**<br>3852 Wildwood Road<br>San Diego, CA 92107<br>Tel: (619)223-6014<br>Fax: (619)523-9228<br>Email: wellmana@sbcglobal.net | Attorneys for<br>Defendant TriLink<br>BioTechnologies, Inc.<br><br>Via Electronic Filing |
| **Karen Irene Boyd, Esq.**<br>Turner Boyd LLP<br>2570 West El Camino Real<br>Suite 380<br>Mountain View, CA 94040<br>Tel: (650) 521-5930<br>Fax: (650) 521-5931<br>Email: *boyd@turnerboyd.com* | Attorneys for<br>Defendant Cephied<br><br>Via Electronic Mail |
| **Matthew D. Murphey, Esq.**<br>Troutman & Sanders LLP<br>550 West B Street, Suite 400<br>San Diego, CA 92101-3599<br>Tel: (619) 235-4040<br>Fax: (619) 231-8796<br>Email: *matt.murphey@troutmansanders.com* | Attorneys for<br>Defendant Life Technologies<br>Corporation<br><br>Via Electronic Mail |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 8302834v1

6

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | **Autumn N. Nero, Esq.** | Attorneys for |
| 2 | **Michelle M. Umberger, Esq.** | Defendant Quanta Biosciences, Inc. |
| | Perkins Coie LLP | |
| 3 | One East Main Street | Via Electronic Mail |
| 4 | Suite 201 | |
| | Madison, WI 53703 | |
| 5 | Tel: (608) 663-7460 | |
| 6 | Fax: 608-663-7499 | |
| | Email: *anero@perkinscoie.com* | |
| 7 | *mumberger@perkinscoie.com* | |
| 8 | | |
| | **Paul M. Booth, Esq.** | Attorneys for |
| 9 | Perkins Coie LLP | Defendant Quanta Biosciences, Inc. |
| 10 | 700 Thirteenth Street, NW | |
| | Suite 600 | Via Electronic Mail |
| 11 | Washington, DC 20005-3960 | |
| 12 | Tel: (202) 654-6200 | |
| | Fax: (202) 434-1690 | |
| 13 | Email: *PBooth@perkinscoie.com* | |
| 14 | | |
| | **Caroline C. Maxwell, Esq.** | Attorneys for |
| 15 | Patton Boggs LLP | Defendant Clontech Laboratories Inc. |
| 16 | 2000 McKinney Avenue | |
| | Suite 1700 | |
| 17 | Dallas, TX 75201 | Via Electronic Mail |
| 18 | Tel: (214) 758-1500 | |
| | Fax: (214) 758-1550 | |
| 19 | Email: *cmaxwell@pattonboggs.com* | |
| 20 | | |
| | **Kevin Monroe Bell, Esq.** | Attorneys for |
| 21 | Patton Boggs LLP | Defendant Clontech Laboratories Inc. |
| 22 | 8484 Westpark Drive | |
| | Suite 900 | |
| 23 | McLean, VA 22102 | Via United States Mail |
| 24 | Tel: (703) 744-8065 | |
| | Fax: (703) 744-8001 | |
| 25 | Email: *kbell@pattonboggs.com* | |
| 26 | | |
| 27 | | |
| 28 | | |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 8302834v1

7

PROOF OF SERVICE

| | |
|---|---|
| **Richard J. Oparil, Esq.**<br>Patton Boggs LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>Tel: (202) 457-6496<br>Fax: (202) 457-6315<br>Email: *roparil@pattonboggs.com* | Attorneys for<br>Defendant Clontech Laboratories Inc.<br><br>Via Electronic Mail |
| **Stephen B. Crain, Esq.**<br>Bracewell & Giuliani LLP<br>711 Louisiana Street<br>Suite 2300<br>Houston, TX 77002<br>Tel: (713) 221-1305<br>Fax: (713) 713.437.5305<br>Email: *stephen.crain@bgllp.com* | Attorneys for Plaintiff<br>Troll Busters, LLC<br><br>Via Electronic Mail |