Michelle M. Umberger
MUmberger@perkinscoie.com
Autumn N. Nero
ANero@perkinscoie.com
PERKINS COIE LLP
One East Main Street
Suite 201
Madison, WI 53703-5118
Telephone: 608.663.7460
Facsimile: 608.663.7499

Paul M. Booth
PBooth@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W.
Suite 600
Washington, DC 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Michael J Engle, Ca. Bar No. 259476
MEngle@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real
Suite 200
San Diego, CA 92130-3334
Telephone: 858.720.5700
Facsimile: 858.720.5799

Attorneys for Defendant
Quanta Biosciences, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DISTRICT

| | |
|---|---|
| TROLL BUSTERS® LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS), ROCHE APPLIED SCIENCES EUROGENTEC NORTH AMERICA INC., CLONTECH LABORATORIES INC., INTEGRATED DNA TECHNOLOGIES (IDT), LIFE TECHNOLOGIES CORPORATION | Case No. 11-cv-0056-IEG-WVG<br><br>**DEFENDANT QUANTA BIOSCIENCES, INC.'S RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE**<br><br>Date: June 13, 2011<br>Time: 10:30 a.m.<br>Courtroom 1, Fourth Floor<br>Judge: Hon. Irma E. Gonzalez |

1  QIAGEN NV., THERMO FISHER SCIENTIFIC, INC., QUANTA
2  BIOSCIENCES, INC., GENE LINK INC., GENSCRIPTS USA INC., EMD
3  CHEMICALS INC., TRILINK BIOTECHNOLOGIES INC., AND
4  CEPHIED,
5                    Defendants.

7       Defendant Quanta Biosciences, Inc. hereby files this notice regarding its motion and
8  joinder in Defendant Roche Molecular Systems' Motion to Dismiss (Dkt. No. 91), which raises a
9  constitutional challenge to 35 U.S.C. § 292, the False Marking Statute, as set forth in Docket No.
10 91-1, filed on May 4, 2011.  The question raised by this challenge is whether the False Marking
11 Statute's delegation of the power to litigate on behalf the United States to a private *qui tam* relator
12 absent any meaningful procedural safeguards violates the Take Care Clause of Article II, § 3, of
13 the United States Constitution.

DATED:  May 9, 2011

**PERKINS COIE LLP**

By: s/ *Michelle M. Umberger*
Michelle M. Umberger
MUmberger@perkinscoie.com
Autumn N. Nero
ANero@perkinscoie.com
One East Main Street
Suite 201
Madison, WI  53703-5118
Telephone:  608.663.7460
Facsimile:  608.663.7499

Paul M. Booth
PBooth@perkinscoie.com
700 Thirteenth Street, N.W.
Suite 600
Washington, DC 20005-3960
Telephone:  202.654.6200
Facsimile:  202.654.6211

Michael J Engle, Ca. Bar No. 259476
MEngle@perkinscoie.com
11988 El Camino Real
Suite 200
San Diego, CA 92130-3334
Telephone:  858.720.5700
Facsimile:  858.720.5799

Attorneys for Defendant
Quanta Biosciences, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 9, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                                          s/ *Michelle M. Umberger*
                                          Michelle M. Umberger