1  PATRICK J. SULLIVAN
   LAW OFFICES OF PATRICK J. SULLIVAN
2  pjsesq@pacbell.net
   810 Mission Avenue
3  Suite 300
   Oceanside, CA 92054
4  Telephone: (760) 757-7222
   Facsimile: (760) 721-8943
5
   THERESA M. GILLIS
6  MAYER BROWN LLP
   tgillis@mayerbrown.com
7  1675 Broadway
   New York, NY  10019-5820
8  Telephone: (212) 506-2500
   Facsimile:  (212) 262-1910
9  *Admitted Pro Hac Vice*

10

11 Attorneys for Defendant
   Qiagen NV

12

**UNITED STATES DISTRICT COURT**

13

**SOUTHERN DISTRICT OF CALIFORNIA**

14

**SAN DIEGO DIVISION**

15

| | |
|---|---|
| 16  TROLL BUSTERS  LLC, | Case No. 3:11-cv-0056-IEG-WVG |
| 17           Plaintiff, | **DEFENDANT QIAGEN NV'S RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE** |
| 18       v. | |
| 19  ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS), ROCHE DIAGNOSTICS CORP. D/B/A ROCHE APPLIED SCIENCES, EUROGENTEC NORTH AMERICA INC., CLONTECH LABORATORIES INC., INTEGRATED DNA TECHNOLOGIES (IDT), LIFE TECHNOLOGIES CORPORATION, QIAGEN NV., THERMO FISHER SCIENTIFIC, INC., GENE LINK INC., GENSCRIPT USA INC., EMD CHEMICALS INCL., TRILINK BIOTECHNOLOGIES INC., and CEPHEID, | |
| 25           Defendant. | |

Defendant Qiagen NV files this Notice regarding its constitutional challenge to 35 U.S.C. § 292 (the false marking statute), which is set forth in Qiagen NV's Motion to Dismiss the First Amended Complaint, filed on May 9, 2011 in the above-captioned matter..

The question raised by Defendant's constitutional challenge is whether 35 U.S.C. § 292 violates the Take Care Clause of Article II, § 3 of the United States Constitution by failing to include any of the procedural safeguards that have been held to preserve the constitutionality of other *qui tam* statutes like the False Claims Act, such as the right of the United States to be notified by the relator of a case before a defendant is served, the right to intervene, the right to seek dismissal or settlement of a false marking action over the objection of the relator, and the right to prevent dismissal of the action by the relator.

DATED: May 9, 2011

MAYER BROWN LLP
Theresa M. Gillis


By:  /s/ Theresa M. Gillis
     Theresa M. Gillis
Attorneys for Defendant
Qiagen NV

### Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on May 9, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

DATED: May 9, 2011

MAYER BROWN LLP
THERESA M. GILLIS

By: /s/ Theresa M. Gillis
    Theresa M. Gillis
Attorneys for Defendant
Qiagen NV

cc:  Eric H. Holder, Jr.
    Attorney General of the United States
    DOJ Room B-103 – Service of Process
    950 Pennsylvania Ave. NW
    Washington DC 20004
    (via certified mail)

    Laura E. Duffy
    United States Attorney, Southern District of California
    Federal Office Building
    880 Front Street, Room 6293
    San Diego CA 92101
    (via certified mail)