1  Scott R. Miller (SBN 112656)
   Email: smiller@cblh.com
2  Manuel Nelson (SBN 229590)
   Email: mnelson@cblh.com
3  CONNOLLY BOVE LODGE & HUTZ LLP
   333 South Grand Avenue, Suite 2300
4  Los Angeles, CA 90071
   Telephone:  (213) 787-2500
5  Facsimile:   (213) 687-0498

6  Attorneys for
   EMD CHEMICALS INC.
7

8                 UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  TROLL BUSTERS© LLC, | C.A. No. 3:11-cv-00056-IEG -WVG |
| 12            Plaintiff, | **EMD CHEMICALS, INC.'S RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE** |
| 13       v. | |
| 14  ROCHE DIAGNOSTICS GMBH, et al., | |
| 15            Defendants. | |

16

17        EMD Chemicals, Inc., files this Notice regarding its constitutional challenge to 35 U.S.C §

18  292 (the false marking statute), which is set forth in Roche Molecular Systems and Roche

19  Diagnostics Corporations' motion to dismiss the First Amended Complaint, filed on May 4, 2011,

20  in which EMD Chemicals, Inc., joined on May 9, 2011.

21        The question raised by EMD Chemicals, Inc.'s constitutional challenge is whether 35

22  U.S.C. § 292 violates the Take Car Clause of Article II, § 3 of the United States Constitution by

23  failing to include any of the procedural safeguards that have been held to preserve the

24  constitutionality of other *qui tam* statutes like the False Claims Act, such as the right of the United

25  States to be notified by the relator of a case before a defendant is served, the right to intervene, the

26  right to seek dismissal or settlement of a false marking action over the objection of the relator, and

27  the right to prevent dismissal of the action by the relator.

28

1

2                                          Respectfully submitted,

3    Dated:  May 9, 2011                    CONNOLLY BOVE LODGE & HUTZ LLP

4

5                                          By:   /s/ Scott R. Miller
                                                 Scott R. Miller
6                                                Attorneys for EMD Chemicals Inc.

7

8    Of Counsel:

9    Francis DiGiovanni
     Geoffrey A. Zelley
10   CONNOLLY BOVE LODGE & HUTZ LLP
     1007 North Orange Street
11   Wilmington, DE 19899
     Telephone:  (302) 658-9141
12   Facsimile:   (302) 658-5614

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28