Matthew D. Murphey, Esq. (SBN 194111)
TROUTMAN SANDERS LLP
550 West B Street, Suite 400
San Diego, CA  92101-3599
Tel: (619) 235-4040 / Fax: (619) 231-8796
Email:  matt.murphey@troutmansanders.com

Kurtis D. MacFerrin, Esq. (SBN 178006)
Cora L. Schmid, Esq. (SBN 237267)
LIFE TECHNOLOGIES CORP.
5791 Van Allen Way
Carlsbad, CA  92008
Tel:  (760) 603-7200 / Fax:  (760) 602-6500
Email:  kurtis.macferrin@lifetech.com
         cora.schmid@lifetech.com

Attorneys for Defendant
LIFE TECHNOLOGIES CORP.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROLL BUSTERS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS), ROCHE DIAGNOSTICS CORP. D/B/A ROCHE APPLIED SCIENCES, EUROGENTEC NORTH AMERICA INC., CLONTECH LABORATORIES INC., INTEGRATED DNA TECHNOLOGIES (IDT), LIFE TECHNOLOGIES CORP., QIAGEN NV., THERMO FISHER SCIENTIFIC, INC., QUANTA BIOSCIENCES, INC., GENE LINK INC., GENSCRIPT USA INC., EMD CHEMICALS INC., TRILINK BIOTECHNOLOGIES INC., and CEPHIED,<br><br>            Defendants. | Case No.  11-cv-0056 IEG (WVG)<br><br>**LIFE TECHNOLOGIES CORP.'S RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant LIFE TECHNOLOGIES CORP. ("LIFE TECH") files this Notice regarding its constitutional challenge to 35 U.S.C. § 292 (the false

1  marking statute), which is set forth in Roche Molecular Systems and Roche Diagnostics
2  Corporations' ("ROCHE") motion to dismiss the First Amended Complaint, filed on May 4,
3  2011, in which Life Tech joined on May 9, 2011.  The question raised by Roche's
4  constitutional challenge is whether 35 U.S.C. § 292 violates the Take Care Clause of Article
5  II, § 3 of the United States Constitution by failing to include any of the procedural safeguards
6  that have been held to preserve the constitutionality of other qui tam statutes like the False
7  Claims Act, such as the right of the United States to be notified by the relator of a case before
8  a defendant is served, the right to intervene, the right to seek dismissal or settlement of a false
9  marking action over the objection of the relator, and the right to prevent dismissal of the
10 action by the relator.

12 Dated: May 10, 2011                                    /s/ Matthew D. Murphey
                                                         Matthew D. Murphey, Esq.
13                                                       TROUTMAN SANDERS LLP
                                                         Attorneys for Defendant
14                                                       LIFE TECHNOLOGIES CORP.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 10, 2011 to all counsel of record who are deemed to have consented to electronic service for the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated: May 10, 2011                                  /s/ Matthew D. Murphey