# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROLL BUSTERS® LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROCHE DIAGNOSTICS GMBH; ROCHE MOLECULAR SYSTEMS; ROCHE APPLIED SCIENCES EUROGENTEC NORTH AMERICA INC.; CLONTECH LABORATORIES INC.; INTEGRATED DNA TECHNOLOGIES; LIFE TECHNOLOGIES CORPORATION QIAGEN NV.; THERMO FISHER SCIENTIFIC, INC.; QUANTA BIOSCIENCES, INC.; GENE LINK INC.; GENSCRIPTS USA INC.; EMD CHEMICALS INC.; TRILINK BIOTECHNOLOGIES INC.; and CEPHIED,<br><br>　　　　　Defendants. | Case No. 11-cv-0056-IEG-WVG<br><br>**(1) ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>**(2) SCHEDULING ORDER**<br><br>[Doc. Nos. 90, 91, 92, 94, 96, 102, 103, 105, 107, 111, and 114] |

　　　Defendants in the above-captioned matter have either filed or joined motions to dismiss Plaintiff's complaint. A hearing on those motions is currently scheduled for June 13, 2011.

　　　Defendants have also challenged the constitutionality of 35 U.S.C. § 292, a federal statute affecting the public interest. Defendants provided notice of their constitutional challenges pursuant to Federal Rule of Civil Procedure 5.1; the first such notice was filed on May 4, 2011.

1  Rule 5.1(c) provides that the Attorney General of the United States may intervene within sixty
2  after such notice is filed.
3   Accordingly, the Court continues the hearing on Defendants' motions to dismiss from
4  June 13, 2011, to **Friday, August 12, 2011, at 2:00 p.m.**  Plaintiff shall file any opposition to
5  Defendants' motions on or before June 13, 2011.  Defendants shall file any replies on or before
6  June 27, 2011.
7   Should the United States choose to intervene, it should take appropriate action on or
8  before July 5, 2011.  The parties may respond to any filing by the government on or before July
9  19, 2011.  The government may file a reply on or before July 26, 2011.

**IT IS SO ORDERED.**

**DATED:** 5/26/11  _____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**