1  **KARL RUPP**
   California State Bar No. 168930
2  **KENDALL LAW GROUP, LLP**
   3232 McKinney Avenue, Ste. 700
3  Dallas, Texas 75204
4  214.744.3000 (Telephone)
   214.744.3015 (Telecopier)
5  Email:krupp@kendalllawgroup.com

6  **Bradley E. Beckworth**
   Texas State Bar No. 24001710
7  **Derek Gilliland**
   Texas State Bar No. 24007239
8  **Nix Patterson & Roach LLP**
9  205 Linda Drive
   Daingerfield, Texas 75638
10 (903) 645-7333 (Telephone)
   (903) 645-5389 (Telecopier)
11 Email:  bbeckworth@nixlawfirm.com
12         dgilliland@nixlawfirm.com
   *Admitted Pro Hac Vice*
13

14 **Ralph D. McBride**
   Texas State Bar No. 13332400
15 **Stephen B. Crain**
   Texas State Bar No. 04994580
16 **Alan D. Albright**
   Texas State Bar No. 00973650
17 **Bradley J. Benoit**
   Texas State Bar No. 24012275
18 **Heath A. Novosad**
19 Texas State Bar No. 24037199
   **BRACEWELL & GIULIANI LLP**
20 711 Louisiana, Suite 2300
   Houston, Texas   77002
21 Telephone:  713-223-2300
   Facsimile:   713-221-1212
22 Email:  ralph.mcbride@bgllp.com
23 stephen.crain@bgllp.com
   alan.albright@bgllp.com
24 brad.benoit@bgllp.com
   heath.novosad@bgllp.com
25 *Admitted Pro Hac Vice*

26 **Attorneys for
27 Plaintiff TROLL BUSTERS®, LLC**

28

PLAINTIFF TROLL BUSTERS® LLC'S *EX PARTE* NOTICE OF MOTION AND MOTION TO
MODIFY BRIEFING SCHEDULE AND FOR EXPEDITED CONSIDERATION
C.A. NO. 3:11-CV-00056-IEG -WVG

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| TROLL BUSTERS® LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS), ROCHE DIAGNOSTICS CORP. D/B/A ROCHE APPLIED SCIENCES, EUROGENTEC NORTH AMERICA INC., CLONTECH LABORATORIES, INC., INTEGRATED DNA TECHNOLOGIES (IDT), LIFE TECHNOLOGIES CORPORATION, QIAGEN NV., THERMO FISHER SCIENTIFIC, INC., QUANTA BIOSCIENCES, INC., GENE LINK INC., GENSCRIPT USA INC., EMD CHEMICALS INC., TRILINK BIOTECHNOLOGIES INC., and CEPHEID,<br><br>*Defendants*. | C.A. No. 3:11-cv-0056-IEG-WVG<br><br>**PLAINTIFF TROLL BUSTERS® LLC'S *EX PARTE* NOTICE OF MOTION AND MOTION TO MODIFY BRIEFING SCHEDULE AND FOR EXPEDITED CONSIDERATION** |

*Qui tam* Plaintiff/Relator, Troll Busters® LLC ("Troll Busters") files this *Ex Parte* Notice of Motion and Motion to Modify Briefing Schedule and for Expedited Consideration as follows.

Defendants in the above-captioned matter have either filed or joined motions to dismiss Troll Busters' complaint. *See* Dkt. Nos. 90, 91, 92, 94, 96, 102, 103, 105, 107, 111 and 114. A hearing on those motions was scheduled for June 13, 2011, and Troll Busters's response to those motions was due May 27, 2011. On May 27, 2011, this Court entered the (2) Order Continuing the Hearing on Defendants' Motions to Dimiss and (2) Scheduling Order (the "Scheduling Order") (Dkt. 132), which continued Troll Busters's response deadline until June 13, 2011 and Defendants' reply deadline until June 27, 2011. Before the Scheduling Order was entered, Troll Busters had filed its responses to 9 of the motions to dismiss. *See* Docket Nos. 123-131. Troll Busters then filed its remaining four responses on May 27, 2011. *See* Docket Nos. 133-136.

Because the Court envisioned Defendants having two weeks to reply to Troll Busters's responses, and because Troll Busters responded on May 27, 2011, Troll Busters respectfully requests that the Court modify the Scheduling Order to reflect a reply deadline of June 10, 2011. Due to the timing of Troll Busters's request, Troll Busters respectfully requests expedited consideration of this motion.

DATED: May 27, 2011

Respectfully submitted,

By: */s/ Karl Rupp*
**KARL RUPP**
California State Bar No. 168930
**KENDALL LAW GROUP, LLP**
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.744.3000 (Telephone)
214.744.3015 (Telecopier)

**ATTORNEY FOR PLAINTIFF TROLL BUSTERS® LLC**

OF COUNSEL:

Bradley E. Beckworth
Texas State Bar No. 24001710
Derek Gilliland
Texas State Bar No. 24007239
**Nix Patterson & Roach LLP**
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333 (Telephone)
(903) 645-5389 (Telecopier)

Ralph D. McBride
Texas State Bar No. 13332400
Stephen B. Crain
Texas State Bar No. 04994580
Alan D. Albright
Texas State Bar No. 00973650
Bradley J. Benoit
Texas State Bar No. 24012275
Heath A. Novosad
Texas State Bar No. 24037199
**BRACEWELL & GIULIANI LLP**
711 Louisiana, Suite 2300
Houston, Texas   77002
Telephone:  713-223-2300
Facsimile:   713-221-1212

ATTORNEYS FOR PLAINTIFF TROLL BUSTERS® LLC

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above *First Amended Complaint* in the United States District Court for the Southern District of California, and that service will be automatically accomplished through the Notice of Electronic Filing.

                        */s/ Karl Rupp*
                        Karl Rupp