# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROLL BUSTERS® LLC<br><br>              *Plaintiff,*<br><br>   v.<br><br>ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS), ROCHE DIAGNOSTICS CORP. D/B/A ROCHE APPLIED SCIENCES, EUROGENTEC NORTH AMERICA INC., CLONTECH LABORATORIES INC., INTEGRATED DNA TECHNOLOGIES (IDT), LIFE TECHNOLOGIES CORPORATION, QIAGEN NV., THERMO FISHER SCIENTIFIC, INC., QUANTA BIOSCIENCES, INC., GENE LINK INC., GENSCRIPT USA INC., EMD CHEMICALS INC., TRILINK BIOTECHNOLOGIES INC., and CEPHEID<br><br>              *Defendants.* | Case No. 11-cv-0056-IEG(WVG)<br><br>**ORDER GRANTING IN PART PLAINTIFF TROLL BUSTERS® LLC'S** *EX PARTE* **APPLICATION TO MODIFY BRIEFING SCHEDULE** |

      Upon application, for good cause shown, Plaintiff's *Ex Parte* Application to Modify the Briefing Schedule with regard to Defendants' motions to dismiss is GRANTED IN PART.

///

///

Defendants' reply briefs with regard to the pending motions to dismiss must be filed on or before *Monday, June 20, 2011*.

IT IS SO ORDERED.

Dated:  June 1, 2011

_____
Hon. Irma E. Gonzalez
United States District Court Judge

ORDER GRANTING PLAINTIFF TROLL BUSTERS® LLC'S *EX PARTE* MOTION TO MODIFY BRIEFING SCHEDULE AND FOR EXPEDITED CONSIDERATION
CA NO.  3:11-CV-0056-IEG-WVG

2