# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROLL BUSTERS® LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>ROCHE DIAGNOSTICS GMBH; ROCHE MOLECULAR SYSTEMS; ROCHE APPLIED SCIENCES EUROGENTEC NORTH AMERICA INC.; CLONTECH LABORATORIES INC.; INTEGRATED DNA TECHNOLOGIES; LIFE TECHNOLOGIES CORPORATION QIAGEN NV.; THERMO FISHER SCIENTIFIC, INC.; QUANTA BIOSCIENCES, INC.; GENE LINK INC.; GENSCRIPTS USA INC.; EMD CHEMICALS INC.; TRILINK BIOTECHNOLOGIES INC.; and CEPHIED,<br><br>     Defendants. | **CASE NO: 11-CV-0056-IEG (WVG)**<br><br>**ORDER TO SHOW CAUSE WHY PROCEEDINGS ON THE CONSTITUTIONALITY OF 35 U.S.C. § 292 SHOULD NOT BE STAYED** |

  Defendants in this matter have challenged the constitutionality of 35 U.S.C. § 292, a federal statute affecting the public interest. Plaintiff argues § 292 is constitutional, and the government has intervened to defend the constitutionality of the statute. This matter, along with others raised in Defendants' respective motions to dismiss, is currently scheduled to be heard on Friday, August 12, 2011.

1

The constitutionality of 35 U.S.C. § 292 is currently pending before the Federal Circuit, in *United States ex rel. FLFMC, LLC v. Wham-O, Inc.*, Civ. No. 2011-1067 (Fed. Cir. 2011). The issue of § 292's constitutionality has been briefed before the Federal Circuit, and oral argument is currently scheduled for July 7, 2011, in that matter.

The parties are hereby ORDERED TO SHOW CAUSE why the Court should not stay proceedings in this matter regarding the constitutionality of 35 U.S.C. § 292 only, pending the Federal Circuit's decision in *FLFMC*, Civ. No. 2011-1067. The parties may file briefs on or before Thursday, July 14, 2011. There will be no oral argument.

**IT IS SO ORDERED.**

**DATED:** 7/6/2011

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**