**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROLL BUSTERS® LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>ROCHE DIAGNOSTICS GMBH; ROCHE MOLECULAR SYSTEMS; ROCHE APPLIED SCIENCES EUROGENTEC NORTH AMERICA INC.; CLONTECH LABORATORIES INC.; INTEGRATED DNA TECHNOLOGIES; LIFE TECHNOLOGIES CORPORATION QIAGEN NV.; THERMO FISHER SCIENTIFIC, INC.; QUANTA BIOSCIENCES, INC.; GENE LINK INC.; GENSCRIPTS USA INC.; EMD CHEMICALS INC.; TRILINK BIOTECHNOLOGIES INC.; and CEPHIED,<br><br>             Defendants. | **CASE NO: 11-CV-0056-IEG (WVG)**<br><br>**ORDER STAYING PROCEEDINGS ON THE CONSTITUTIONALITY OF 35 U.S.C. § 292** |

      Defendants in this matter have challenged the constitutionality of 35 U.S.C. § 292, a federal statute affecting the public interest.  Plaintiff argues § 292 is constitutional, and the government has intervened to defend the constitutionality of the statute.  That issue, along with others raised in Defendants' respective motions to dismiss, is currently scheduled to be heard on Friday, August 12, 2011.

1

The constitutionality of 35 U.S.C. § 292 is currently pending before the Federal Circuit, in *United States ex rel. FLFMC, LLC v. Wham-O, Inc.*, Civ. No. 2011-1067 (Fed. Cir. 2011).  The issue of § 292's constitutionality has been briefed before the Federal Circuit, and oral argument was heard on July 7, 2011, in that matter.

On July 6, 2011, this Court ordered the parties to show cause why the Court should not stay proceedings in this matter regarding the constitutionality of 35 U.S.C. § 292, pending the Federal Circuit's decision in *FLFMC*, Civ. No. 2011-1067.  [Doc. No. 154.]  Plaintiff and Defendants responded that they have no objection to the stay.  [Doc. Nos. 155 & 156.]  The government did not file a response.

The Court hereby **STAYS** these proceedings on the constitutionality of 35 U.S.C. § 292 until the earlier of November 14, 2011, or the Federal Circuit's decision in *FLFMC*.  Accordingly, the Court also vacates the pending briefing deadlines on the constitutional issue.  [*See* Doc. No. 132, at 2.]

Proceedings on the other issues raised in Defendants' respective motions to dismiss will move forward as currently scheduled.

**IT IS SO ORDERED.**

**DATED:** 7/15/11

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**