MATTHEW D. MURPHEY (State Bar No. 194111)
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Tel:  (858) 509-6000
Fax:  (858) 224-0944
matt.murphey@troutmansanders.com

BRADFORD PAUL SCHMIDT (State Bar No. 174440)
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Tel:  760-603-7200
Fax:  760-476-6048
bradford.schmidt@lifetech.com

Attorneys for Defendant
LIFE TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROLL BUSTERS ® LLC, | CASE NO. 11-CV-0056-IEG (WVG) |
| Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| v. | |
| ROCHE DIAGNOSTICS GMBH, ROCHE MOLECULAR SYSTEMS (RMS), ROCHE APPLIED SCIENCES EUROGENTEC NORTH AMERICA INC., CLONTECH LABORATORIES INC., INTEGRATED DNA TECHNOLOGIES (IDT), LIFE TECHNOLOGIES CORPORATION, QIAGEN NV., THERMO FISHER SCIENTIFIC, INC., QUANTA BIOSCIENCES, INC., GENE LINK INC., GENSCRIPT USA INC., EMD CHEMICALS INC., TRILINK BIOTECHNOLOGIES INC., and CEPHIED, | |
| Defendants | |

**TO THIS COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD**:

1  PLEASE TAKE NOTICE that Kurtis D. MacFerrin, Esq. and Cora L. Schmid, Esq., of Life Technologies Corporation, 850 Lincoln Centre Drive, Foster City, CA 94404, hereby disassociate themselves as attorneys of record for Plaintiff Life Technologies Corporation. Please remove them from your proofs of service.

PLEASE TAKE FURTHER NOTICE that electronic notifications directed to Kurtis D. MacFerrin and Cora L. Schmid relating to this action should be terminated.

Bradford Paul Schmidt, Esq., of Life Technologies Corporation and Matthew D. Murphey, Esq. of Troutman Sanders LLP shall remain as attorneys of record for Defendant.

Dated: September 30, 2011               LIFE TECHNOLOGIES CORPORATION


By  /s/ Bradford Paul Schmidt
    Bradford Paul Schmidt
    Attorneys for Plaintiff
    LIFE TECHNOLOGIES
    CORPORATION

Troll Busters©, LLC v. Roche Diagnostics GMBH, et al.
U.S. District Court Case No. 11CV0056 IEG (WVG)

**CERTIFICATE OF SERVICE**

I hereby certify that September 30, 2011, I caused to be electronically filed the following document(s) with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

**NOTICE OF DISASSOCIATION OF COUNSEL**

The participants listed below in the case are "active" registered CM/ECF users and will be served by the CM/ECF system:

| | |
|---|---|
| Alan D Albright, Esq.<br>Bracewell & Giuliani LLP<br>111 Congress Avenue, Suite 2300<br>Austin, TX 78701<br>(512) 472-7800<br>*Email:  albright@fr.com* | Attorneys for Plaintiff<br>TROLL BUSTERS, INC. |
| Bradley E. Beckworth, Esq.<br>Nix Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield, TX 75639<br>(903) 645-7333 / Fax (903) 645-5389<br>*Email:  bbeckworth@nixlawfirm.com* | Attorneys for Plaintiff<br>TROLL BUSTERS, INC. |
| Bradley Jason Benoit, Esq.<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002<br>(713) 221-1224 / Fax: (713) 222-3204<br>*Email: brad.benoit@bgllp.com* | Attorneys for Plaintiff<br>TROLL BUSTERS, INC. |
| Stephen B. Crain, Esq.<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002<br>(713) 221-1305 | Attorneys for Plaintiff<br>TROLL BUSTERS, INC. |
| Derek T. Gilliland, Esq.<br>Nix Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield, TX 75639<br>(903) 645-7333 / Fax: (903) 645-5389<br>*Email: dgilliland@nixlawfirm.com* | Attorneys for Plaintiff<br>TROLL BUSTERS, INC. |

| | | |
|---|---|---|
| 1 | Ralph D. McBride, Esq.<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002<br>(713) 221-1208 / Fax: (713) 222-3261<br>*Email: ralph.mcbride@bgllp.com* | Attorneys for Plaintiff<br>TROLL BUSTERS, INC. |
| 5 | Heath Aaron Novosad, Esq.<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002-2770<br>(713) 221-1258 / Fax: (713) 437-5356<br>*Email: heath.novosad@bgllp.com* | Attorneys for Plaintiff<br>TROLL BUSTERS, INC. |
| 8 | Karl A. Rupp, ESq.<br>Kendall Law Group LLP<br>3232 McKinney Avenue, Suite 700<br>Dallas, TX 75204<br>(214)744-3000 / Fax: (214)744-3015<br>*Email:  krupp@kendalllawgroup.com* | Attorneys for Plaintiff<br>TROLL BUSTERS, INC. |
| 12 | Kevin Monroe Bell<br>Patton Boggs LLP<br>8484 Westpark Drive<br>Suite 900<br>McLean, VA 22102<br>(703)744-8000<br>*Email:  kbell@pattonboggs.com* | Attorneys for Defendant<br>CLONTECH LABORATORIES INC. |
| 16 | John Thomas Gilbert<br>Patton Boggs LLP<br>2000 McKinney Avenue<br>Suite 1700<br>Dallas, TX 75201<br>(214) 758-1500<br>(214) 758-1550 (fax)<br>tgilbert@pattonboggs.com | Attorneys for Defendant<br>CLONTECH LABORATORIES INC. |
| 20 | Richard J. Oparil<br>Patton Boggs LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>(202) 457-6000<br>(202) 457-6315 (fax)<br>roparil@pattonboggs.com | Attorneys for Defendant<br>CLONTECH LABORATORIES INC. |

NOTICE OF DISASSOCIATION OF COUNSEL   -4-   11-CV-0056-IEG (WVG)

| | | |
|---|---|---|
| 1 | Caroline C. Maxwell<br>Patton Boggs LLP | Attorneys for Defendant<br>CLONTECH LABORATORIES INC. |
| 2 | 2000 McKinney Avenue<br>Suite 1700 | |
| 3 | Dallas, TX 75201-1858<br>(214) 758-1500 | |
| 4 | (214) 758-1550 (fax)<br>cmaxwell@pattonboggs.com | |
| 5 | Karen Irene Boyd<br>Turner Boyd LLP | Attorneys for Defendant<br>CEPHIED |
| 6 | 2570 West El Camino Real<br>Suite 380 | |
| 7 | Mountain View, CA 94040<br>(650) 521-5930 | |
| 8 | boyd@turnerboyd.com | |
| 9 | Steven W Flanders<br>Turner Boyd LLP | Attorneys for Defendant<br>CEPHIED |
| 10 | 2570 West El Camino Real<br>Suite 380 | |
| 11 | Mountain View, CA 94040<br>(650) 521-9025 | |
| 12 | (650) 521-5931 (fax)<br>flanders@turnerboyd.com | |
| 13 | | |
| 14 | Brian C. Cannon<br>Quinn Emanuel Urquhart & Sullivan LLP | Attorneys for Defendants<br>ROCHE APPLIED SCIENCES |
| 15 | 555 Twin Dolphin Drive<br>5th Floor | ROCHE DIAGNOSITICS GMBH and<br>ROCHE MOLECULAR SYSTEMS |
| 16 | Redwood Shores, CA 94065<br>(650)801-5000 | |
| 17 | (650)801-5100 (fax)<br>briancannon@quinnemanuel.com | |
| 18 | Paul B. Hunt<br>Barnes & Thornburg LLP | Attorneys for Defendants<br>ROCHE APPLIED SCIENCES |
| 19 | 11 South Meridian Street<br>Indianapolis, IN 46204 | ROCHE DIAGNOSITICS GMBH and<br>ROCHE MOLECULAR SYSTEMS |
| 20 | (317) 231-7453<br>(317) 231-7433 (fax) | |
| 21 | phunt@btlaw.com | |
| 22 | Rory S. Miller<br>Quinn Emanuel Urquhart & Sullivan, LLP | Attorneys for Defendants<br>ROCHE APPLIED SCIENCES |
| 23 | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | ROCHE DIAGNOSITICS GMBH and<br>ROCHE MOLECULAR SYSTEMS |
| 24 | 213-443-3004<br>213-443-3100 (fax) | |
| 25 | rorymiller@quinnemanuel.com | |
| 26 | | |
| 27 | | |
| 28 | NOTICE OF DISASSOCIATION OF COUNSEL   -5-   11-CV-0056-IEG (WVG) | |

| | | |
|---|---|---|
| 1 | Nancy G. Tinsley | Attorneys for Defendants |
| | Roche Diagnostics Operations, Incorporated | ROCHE APPLIED SCIENCES |
| 2 | 9115 Hague Road | ROCHE DIAGNOSITICS GMBH and |
| | PO Box 50418 | ROCHE MOLECULAR SYSTEMS |
| 3 | Indianapolis, IN 46250-0416 | |
| | (317) 521-1915 | |
| 4 | (317) 521-2883 (fax) | |
| | nancy.tinsley@roche.com | |

Francis DiGiovanni — Attorneys for Defendant EMD CHEMICALS INC.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
(302) 658-5614 (fax)
fdigiovanni@cblh.com

Scott Robertson Miller — Attorneys for Defendant EMD CHEMICALS INC.
Connolly Bove Lodge & Hutz LLP
333 South Grand Avenue
Suite 2300
Los Angeles, CA 90071
(213) 787-2510 / (213) 687-0498 (fax)
smiller@cblh.com

Manuel Craig Nelson — Attorneys for Defendant EMD CHEMICALS INC.
Connolly Bove Lodge & Hutz LLP
333 South Grand Avenue
Suite 2300
Los Angeles, CA 90071
(213) 787-2500 /(213) 687-0498 (fax)
mnelson@cblh.com

Geoffrey A. Zelley — Attorneys for Defendant EMD CHEMICALS INC.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141 / (302) 658-5614 (fax)
gzelley@cblh.com

Carol A. Dwyer — Attorney for Defendant GENE LINK, INC.
Buchalter Nemer
18400 Von Karman Avenue
Suite 800
Irvine, CA 92612-0514
(949) 760-1121 / (949) 224-6403 (fax)
cdwyer@buchalter.com

| | | |
|---|---|---|
| 1 | Michael L Meeks<br>Buchalter Nemer<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612<br>(949) 224-6431 / (949) 224-6210 (fax)<br>mmeeks@buchalter.com | Attorney for Defendant<br>GENE LINK, INC. |
| | Paul M. Booth<br>Perkins Coie LLP<br>700 Thirteenth St, NW<br>Ste 600<br>Washington, DC 20005-3960<br>(202)434-1685 / (202) 654-6211 (fax)<br>pbooth@perkinscoie.com | Attorneys for Defendant<br>QUANTA BIOSCIENCES, INC. |
| | Michael James Engle<br>Perkins Coie LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>310-788-9900 / 310-788-3399 (fax)<br>mengle@perkinscoie.com | Attorneys for Defendant<br>QUANTA BIOSCIENCES, INC. |
| | Autumn N. Nero<br>Perkins Coie LLP<br>One East Main Street<br>Suite 201<br>Madison, WI 53703<br>(608) 663-7460 / (608)663-7499 (fax)<br>anero@perkinscoie.com | Attorneys for Defendant<br>QUANTA BIOSCIENCES, INC. |
| | Michelle M. Umberger<br>Perkins Coie LLP<br>One East Main Street, Suite 201<br>Madison, WI 53703<br>(608)663-7460 / (608)663-7499 (fax)<br>mumberger@perkinscoie.com | Attorneys for Defendant<br>QUANTA BIOSCIENCES, INC. |
| | Kenneth Moore Fitzgerald<br>Chapin Fitzgerald Sullivan & Bottini LLP<br>550 West C Street<br>Suite 2000<br>San Diego, CA 92101<br>(619) 241-4810 / (619) 955-5318 (fax)<br>kfitzgerald@cfsblaw.com | Attorneys for Defendant<br>INTEGRATED DNA TECHNOLOGIES |
| | Theresa M. Gillis<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>(212) 506-2553 / (212) 849-5553 (fax)<br>tgillis@mayerbrown.com | Attorneys for Defendant<br>QIAGEN NV |

NOTICE OF DISASSOCIATION OF COUNSEL        -7-        11-CV-0056-IEG (WVG)

| | | |
|---|---|---|
| 1 | Patrick J Sullivan<br>Law Offices of Patrick J Sullivan<br>810 Mission Avenue<br>Suite 300<br>Oceanside, CA 92054<br>(760)757-7222 / (760)721-8943 (fax)<br>pjsesq@pacbell.net | Attorneys for Defendant<br>QIAGEN NV |
| 2 | Jeffrey Alan McKinney<br>McKinney Law Group<br>851 Moraga Road<br>Lafayette, CA 94549<br>(650) 245-6723 / (925) 962-0392 (fax)<br>jeffrey@mckinneylawgroup.com | Attorneys for Defendant<br>EUROGENTEC NORTH AMERICA INC. |
| 3 | Arthur Albert Wellman, Jr<br>3852 Wildwood Road<br>San Diego, CA 92107<br>(619)223-6014 / (619)523-9228 (fax)<br>wellmana@sbcglobal.net | Attorneys for Defendant<br>TRILINK BIOTECHNOLOGIES, INC. |
| 4 | Kenneth Moore Fitzgerald<br>Chapin Fitzgerald Sullivan & Bottini LLP<br>550 West C Street<br>Suite 2000<br>San Diego, CA 92101<br>(619) 241-4810 / (619) 955-5318 (fax)<br>kfitzgerald@cfsblaw.com | Attorneys for Defendant<br>THERMO FISCHER SCIENTIFIC, INC. |
| 5 | Thomas C Stahl<br>U S Attorneys Office Southern District of California<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557-7140 / (619)557-7122 (fax)<br>Thomas.Stahl@usdoj.gov | Attorneys for Intervenor Defendant<br>UNITED STATES OF AMERICA |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September, at Carlsbad, California.

LIFE TECHNOLOGIES CORPORATION

By  /s/ Bradford Paul Schmid
    Bradford Paul Schmid
    Attorneys for Plaintiff
    LIFE TECHNOLOGIES CORPORATION