KARL RUPP
California State Bar No. 168930
KENDALL LAW GROUP, LLP
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.744.3000 (Telephone)
214.744.3015 (Telecopier) Email:krupp@kendalllawgroup.com

Bradley E. Beckworth
Texas State Bar No. 24001710
Derek Gilliland
Texas State Bar No. 24007239
Nix Patterson & Roach LLP
205 Linda Drive Daingerfield, Texas 75638 (903) 645-7333 (Telephone)
(903) 645-5389 (Telecopier)
Email:  bbeckworth@nixlawfirm.com dgilliland@nixlawfirm.com
Admitted Pro Hac Vice

Ralph D. McBride
Texas State Bar No. 13332400
Stephen B. Crain
Texas State Bar No. 04994580
Alan D. Albright
Texas State Bar No. 00973650
Bradley J. Benoit
Texas State Bar No. 24012275
Heath A. Novosad
Texas State Bar No. 24037199
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas   77002
Telephone: 713-223-2300
Facsimile:  713-221-1212
Email:  ralph.mcbride@bgllp.com
stephen.crain@bgllp.com
alan.albright@bgllp.com
brad.benoit@bgllp.com
heath.novosad@bgllp.com
Admitted Pro Hac Vice

Attorneys for
Plaintiff TROLL BUSTERS©, LLC

NOTICE OF DISMISSAL OF
DEFENDANTS WITHOUT PREJUDICE

C.A. No. 3:11-cv-00056-IEG -WVG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROLL BUSTERS® LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ROCHE DIAGNOSTICS GMBH, et al.,<br><br>    Defendants. | C.A. No. 3:11-cv-00056-IEG -WVG<br><br>**NOTICE OF DISMISSAL OF DEFENDANTS WITHOUT PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Troll Busters® LLC ("Troll Busters"), no longer desires to prosecute this case against Defendants Roche Molecular systems, Roche Applied Sciences, Roche Diagnostics GMBH, Clontech Laboratories, Inc., Integrated DNA Technologies, Life Technologies Corporation, Qiagen NV, Thermo Fisher Scientific, Inc., Quanta Biosciences, Inc., Gene Link, Inc., GenScript USA, Inc., EMD Chemicals, Inc., TriLink Bio Technologies, Inc., Cephied, and U.S. Attorneys Office CASD ("Defendants")[1]. Troll Busters therefore enters this stipulation of dismissal without prejudice in the above-entitled cause any and all claims by Troll Busters against Defendants.  As none of the Defendants have entered an answer, under Federal Rule of Civil Procedure 41(a), this Notice of Dismissal is effective to dismiss this action without prejudice upon filing.

---

[1] Only Eurogentec North America, Inc. filed an Answer in this case, so this Notice concerns every Defendant except Eurogentec North America, Inc.

NOTICE OF DISMISSAL OF
DEFENDANTS WITHOUT PREJUDICE

Respectfully submitted,

By: */s/ Karl Rupp*
**KARL RUPP**
California State Bar No. 168930
**KENDALL LAW GROUP, LLP**
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.744.3000 (Telephone)
214.744.3015 (Telecopier)

**ATTORNEY FOR PLAINTIFF TROLL BUSTERS® LLC**

OF COUNSEL:

Bradley E. Beckworth
Texas State Bar No. 24001710
Derek Gilliland
Texas State Bar No. 24007239
**Nix Patterson & Roach LLP**
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333 (Telephone)
(903) 645-5389 (Telecopier)

Ralph D. McBride
Texas State Bar No. 13332400
Stephen B. Crain
Texas State Bar No. 04994580
Alan D. Albright
Texas State Bar No. 00973650
Bradley J. Benoit
Texas State Bar No. 24012275
Heath A. Novosad
Texas State Bar No. 24037199
**BRACEWELL & GIULIANI LLP**
711 Louisiana, Suite 2300
Houston, Texas   77002
Telephone:  713-223-2300
Facsimile:   713-221-1212

**ATTORNEYS FOR PLAINTIFF TROLL BUSTERS® LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above *Notice of Dismissal of Defendants without Prejudice* in the United States District Court for the Southern District of California, and that service will be automatically accomplished through the Notice of Electronic Filing.

*/s/ Karl Rupp*
Karl Rupp